**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **ESJ Towers, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **66-0322929** | |

4. **Debtor's address**

**Principal place of business**

**6165 Isla Verde Ave.**
**Carolina, PR 00979**
Number, Street, City, State & ZIP Code

**Carolina**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **ESJ Towers, Inc.**

Name

Case number (*if known*)

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

---

Debtor    **ESJ Towers, Inc.**                                              Case number (*if known*) _____
          Name

|  |  |  |  |  |
|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
| | District | When | Case number, if known | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **ESJ Towers, Inc.**                                                                     Case number (*if known*) _____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 10, 2022**
            MM / DD / YYYY

**X** **/s/ Keith St. Clair**                                    **Keith St. Clair**
Signature of authorized representative of debtor          Printed name

Title   **President**

---

**18. Signature of attorney**

**X** **/s/ Charles A. Cuprill**                              Date   **June 10, 2022**
Signature of attorney for debtor                                    MM / DD / YYYY

**Charles A. Cuprill**
Printed name

**Charles A. Cuprill, PSC Law Offices**
Firm name

**356 Fortaleza Stree (2nd Floor)**
**San Juan, PR 00901**
Number, Street, City, State & ZIP Code

Contact phone   **787-977-0515**        Email address   **ccuprill@cuprill.com**

**114312 PR**
Bar number and State

**CERTIFIED COPY OF RESOLUTION
AUTHORIZING THE FILING OF PETITION
FOR REORGANIZATION UNDER CHAPTER 11
OF THE BANKRUPTCY CODE**

RESOLVED:  Whereas **ESJ Towers, Inc.** (the "Company") is unable to meet its obligations as they mature; and

Whereas, claimants have undertaken and are threatening suit and have threatened to undertake steps to obtain possession of the Company's assets; Now therefore,

Be it resolved that a Petition in Proceedings under Chapter 11 of the Bankruptcy Code be filed by the Company and that Keith St. Clair, the Company's President, be and hereby is authorized to execute on behalf of the Company and for it all the necessary documents for the filing of a Petition under Chapter 11 of the Bankruptcy Code; and be it further resolved;

That Keith St. Clair be and hereby is authorized to pay unto the Clerk of the Court all necessary filing fees required by law by the Company or on its behalf, and be it further resolved;

That Charles A. Cuprill, P.S.C., Law Offices be employed to act as counsel for the Company in such bankruptcy proceedings.

The undersigned hereby certifies that he is Secretary of the Company and that the above is a true and correct copy of a resolution adopted by at a duly constituted meeting held on the May 20, 2022, in accordance with the Company's regulations; that quorum was present at said meeting; and that the resolution has not been revoked, modified, annulled, or amended in any manner whatsoever.

In witness whereof I have hereunto set my hand and affixed the seal of the Company this 20th day of May 2022.

_____
César E. Hernández Monagas
**Secretary**

I, César E. Hernández Monagas, Secretary of ESJ Towers, Inc's., board of directors of legal age, married, and resident of San Juan, Puerto Rico, do hereby certify under penalty of perjury, that the statements contained in the foregoing document are true according to the best of my knowledge, information, and belief.

San Juan, Puerto Rico, this 20th day of May 2022.

_____
César E. Hernández Monagas
**Secretary**

**Fill in this information to identify the case:**

Debtor name **ESJ Towers, Inc.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 10, 2022**        X **/s/ Keith St. Clair**
                                         Signature of individual signing on behalf of debtor

                                         **Keith St. Clair**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **ESJ Towers, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF PUERTO RICO** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ACRECENT FINANCIAL CORPORATION PO BOX 363372 San Juan, PR 00936 | | | | | | $210,651.08 |
| Acrecetn Financial Corporation PO Box 363372 San Juan, PR 00936-3372 | | | | | | $340,002.00 |
| AMERICAN EXPRESS #31001 RS PO Box 981535 El paso, TX 9998-1535 | | | | | | $318,819.26 |
| AUTORIDAD DE ENERG. ELECT PO Box 363508 San Juan, PR 00936-3508 | | | | | | $811,054.77 |
| BMF CAPITAL 1820 Avenue M, Suite 125 BROOKLYN, NY 11230 | | | | | | $200,000.00 |
| C.R.I.M. Carretera Estatal # 1 km 17.3 San Juan, PR 00926 | | | | | | $278,351.16 |
| Colebrook Financial Company, LLC 100 Riverview Center Suite 203 Middletown, CT 06457 | | | | | | $3,199,898.56 |

| Debtor | **ESJ Towers, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Departamento de Hacienda PO Box 9024140 San Juan, PR 00902** | | **Sales & Use Tax** | | | | **$220,576.82** |
| **Departamento de Hacienda PO Box 9024140 San Juan, PR 00902** | | **Corporation Income Tax** | | | | **$450,097.41** |
| **Departamento de Hacienda PO Box 9024140 San Juan, PR 00902** | | **Professional Fees Withholdings** | | | | **$383,563.07** |
| **Departamento de Hacienda PO Box 9024140 San Juan, PR 00902** | | **Income Tax Withholdings - Payroll** | | | | **$310,291.30** |
| **ESJ TOWERS CONDOMINIUM ASSOC 6165 Isla Verde Ave. Carolina, PR 00979** | | | | | | **$3,397,771.68** |
| **ESJ TOWERS CONDOMINIUM ASSOC 6165 Isla Verde Ave. Carolina, PR 00979** | | | | | | **$1,202,670.00** |
| **GREEN CAPITAL FUNDING, LLC 116 Nassau Street, Suite 804 NEW YORK, NY 10038** | | | | | | **$500,000.00** |
| **McCONELL VALDES P.O.BOX 364225 San Juan, PR 00936-4225** | | | | | | **$146,784.06** |
| **Oriental Bank 254 Mu oz Rivera Ave. San Juan, PR 00918** | | | | **$10,127,328.38** | **$0.00** | **$10,127,328.38** |
| **Oriental Bank 254 Mu oz Rivera Ave. San Juan, PR 00918** | | | | **$5,876,298.76** | **$0.00** | **$5,876,298.76** |
| **PARLIAMENT CAPITAL 1511 Ponce de Leon - Ciudadela Torre 1000, Suite 6-A San Juan, PR 00936** | | | | | | **$2,505,088.30** |

Debtor   **ESJ Towers, Inc.**                                          Case number *(if known)* _____
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Parliament Capital Manegement, LLC 1511 Ponce De Leon Suite 6-A San Juan, PR 00909** | | | | | | **$6,572,379.81** |
| **US SMALL BUSINESS ADMINISTRATION Administrator WASHINGTON, DC 20416** | | | | | | **$500,000.00** |

**Fill in this information to identify the case:**

Debtor name    **ESJ Towers, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*....................................................................................    $    **11,800,000.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*.................................................................................    $    **18,956,461.50**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*...................................................................................    $    **30,756,461.50**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **16,057,894.05**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **1,410,529.60**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$    **21,672,076.63**

4. Total liabilities ........................................................................................................
   Lines 2 + 3a + 3b             $    **39,140,500.28**

**Fill in this information to identify the case:**

Debtor name   **ESJ Towers, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Oriental Bank - Operating** | **Cheking** | **8448** | $5.00 |
| 3.2. | **Otiental Bank - Payrolll** | **Cheking** | **6018** | Unknown |
| 3.3. | **Oriental Bank - Timeshare** | **Cheking** | **7877** | $78,281.42 |
| 3.4. | **Oriental Bank - Acreecent** | **Cheking** | **0121** | Unknown |
| 3.5. | **Banco Popular de Puerto Rico -** | **Cheking** | **3500** | $182,412.41 |
| 3.6. | **Oriental Bank - Construction** | **Cheking** | **5536** | $20,547.77 |

Debtor   **ESJ Towers, Inc.**
         _Name_

Case number _(If known)_ _____

| | | | | |
|---|---|---|---|---|
| 3.7. | **Oriental Bank - AP Reserve** | Reserve | 1392 | $241,235.31 |
| 3.8. | **Oriental Bank - Debt Service** | Reserve | 7170 | $7,170.00 |

4.  **Other cash equivalents** _(Identify all)_

5.  **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | $529,651.91 |
    |---|

| Part 2: | **Deposits and Prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

    | 7.1. | **Deposit Public Utilities** | $1,632.00 |
    |---|---|---|

    | 7.2. | **Security Deposits - Acreecent Financial Corporation** | $190,049.85 |
    |---|---|---|

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.

    | $191,681.85 |
    |---|

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 24,666.10 | - | 0.00 | = .... | $24,666.10 |
| 11a. 90 days old or less: | 1,601,735.88 | - | 0.00 | = .... | $1,601,735.88 |
| 11a. 90 days old or less: | 460,507.74 | - | 0.00 | = .... | $460,507.74 |

Debtor  **ESJ Towers, Inc.**
Name
Case number *(If known)*

| 11a. 90 days old or less: | **628,309.64** | - | **0.00** | = .... | **$628,309.64** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **1,184,371.61** | - | **0.00** | = .... | **$1,184,371.61** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **3,971,242.30** | - | **1,985,621.15** | = .... | **$1,985,621.15** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **2,027,528.33** | - | **0.00** | = .... | **$2,027,528.33** |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$7,912,740.45**

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| Food & Bev Inventory | 03/31/2022 | **$10,050.05** | **Acquisition Cost** | **$10,050.05** |
| Housekeeping Inventory | 03/31/2022 | **$3,472.33** | **Acquisition Cost** | **$3,472.33** |
| Office Supply | 03/31/2022 | **$6,115.85** | | **$6,115.85** |
| 22. **Other inventory or supplies** Timeshare Intervals for Sale | | **$10,302,749.06** | **Acquisition Cost** | **$10,302,749.06** |

23. **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

**$10,322,387.29**

| Debtor | **ESJ Towers, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

24. **Is any of the property listed in Part 5 perishable?**
- ☑ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☑ No
- ☐ Yes. Book value _____   Valuation method _____   Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☑ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☑ No.  Go to Part 8.
- ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☑ No.  Go to Part 9.
- ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

- ☐ No.  Go to Part 10.
- ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **ESJ Tower**<br>**6165 Isla Verde Ave.** | Owner | $6,970,403.30 | Acquisition Cost | $11,800,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $11,800,000.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

Debtor   **ESJ Towers, Inc.**_____   Case number *(If known)* _____
Name

58.        **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor **ESJ Towers, Inc.**

Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $529,651.91 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $191,681.85 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $7,912,740.45 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,322,387.29 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $11,800,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $18,956,461.50 | + 91b. $11,800,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $30,756,461.50 |

**Fill in this information to identify the case:**

Debtor name  **ESJ Towers, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

| 2.1 | **C.R.I.M.** | | |
|---|---|---|---|

Creditor's Name

**PO Box 195387**
**San Juan, PR 00919-5387**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**          **$0.00**          **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Oriental Bank** | | $10,127,328.38 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**254 Mu oz Rivera Ave.**
**San Juan, PR 00918**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**May 2018**
**Last 4 digits of account number**
**7561**
**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Debtor   **ESJ Towers, Inc.**
_____   Case number (if known) _____
　　　　　Name

☑ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Oriental Bank** | Describe debtor's property that is subject to a lien | $5,876,298.76 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**254 Mu oz Rivera Ave.**
**San Juan, PR 00918**

Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**December 2020**

**Last 4 digits of account number**
**7564**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **ORIENTAL BANK Credit Card** | Describe debtor's property that is subject to a lien | $54,266.91 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**254 Munoz Rivera Ave.**
**Esq. Ave. Chardon**
**Hato Rey, PR 00918**

Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **ORIENTAL BANK Credit Card** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**254 Munoz Rivera Ave.**
**Esq. Ave. Chardon**
**Hato Rey, PR 00918**

Creditor's mailing address

Describe the lien
_____

---

Debtor    **ESJ Towers, Inc.**
_____
Name

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Case number (*if known*) _____

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$16,057,894.05**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

**Fill in this information to identify the case:**

Debtor name **ESJ Towers, Inc.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address **Compania de Turismo PO Box 9024000 San Juan, PR 00902-4000** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $46,001.00 | $40,228.00 |
| | Date or dates debt was incurred **2021-2022** | Basis for the claim: **Room Tax** | | |
| | Last 4 digits of account number **0014** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address **Departamento de Hacienda PO Box 9024140 San Juan, PR 00902** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $383,563.07 | $302,674.76 |
| | Date or dates debt was incurred **2019-2021** | Basis for the claim: **Professional Fees Withholdings** | | |
| | Last 4 digits of account number **2064** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **ESJ Towers, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $310,291.30 | $242,332.26 |
|---|---|---|---|---|

**Departamento de Hacienda**
**PO Box 9024140**
**San Juan, PR 00902**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019-2021**

Basis for the claim:
**Income Tax Withholdings - Payroll**

Last 4 digits of account number **2064**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220,576.82 | $125,473.58 |
|---|---|---|---|---|

**Departamento de Hacienda**
**PO Box 9024140**
**San Juan, PR 00902**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019-2020**

Basis for the claim:
**Sales & Use Tax**

Last 4 digits of account number **2064**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $450,097.41 | $419,953.71 |
|---|---|---|---|---|

**Departamento de Hacienda**
**PO Box 9024140**
**San Juan, PR 00902**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2012 & 2018**

Basis for the claim:
**Corporation Income Tax**

Last 4 digits of account number **2064**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210,651.08 |
|---|---|---|---|

**ACRECENT FINANCIAL CORPORATION**
**PO BOX 363372**
**San Juan, PR 00936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $340,002.00 |
|---|---|---|---|

**Acrecetn Financial Corporation**
**PO Box 363372**
**San Juan, PR 00936-3372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **February 2018**

Basis for the claim: _

Last 4 digits of account number **3130**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,185.99 |
|---|---|---|---|

**ADVANCE CONSTRUCTION**
**CALLE ALDEA # 1258**
**EDIF. UNICA, STE 400**
**SANTURCE, PR 00907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $799.00 |
|---|---|---|---|

**AERONET (ACC#17309)**
**PO BOX 270013**
**San Juan, PR 00928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,000.00 |
|---|---|---|---|

**AGM GROUP ENGINEERING CORP.**
**RR5 BOX 8418 SUITE 3**
**BAYAMON, PR 00956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,039.50 |
|---|---|---|---|

**AGUA SUPREMA**
**HC 2 BOX 5830**
**COMERIO, PR 00782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $427.00 |
|---|---|---|---|

**AIG INSURANCE COMPANY**
**PO BOX 10181**
**San Juan, PR 00908-1181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287.86 |
|---|---|---|---|

**ALEXANDER MAYS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,016.00 |
|---|---|---|---|

**ALM ENGINEERING, PSC**
**FLOR DE MAR 115 RIVER GARDEN**
**CANOVANAS, PR 00729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.17 |
|---|---|---|---|

**AMERCAN EXPRESS RS#81006**
PO Box 981535
El paso, TX 9998-1535

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $318,819.26 |
|---|---|---|---|

**AMERICAN EXPRESS #31001 RS**
PO Box 981535
El paso, TX 9998-1535

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,350.13 |
|---|---|---|---|

**AMERICAN EXPRESS **1001**
PO Box 981535
El paso, TX 9998-1535

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139,078.00 |
|---|---|---|---|

**American Express - Merchant Financing Lo**
PO Box 981535
El paso, TX 9998-1535

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**AMILCAR RAMIREZ**
220 CAMINO DEL GUAYACAN
SABANERA DEL RIO
GURABO, PR 00778

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.29 |
|---|---|---|---|

**ANDREW POLITO**
8 BRAYTON RD
CARMEL, NY 10512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,495.00 |
|---|---|---|---|

**ANGEL CARRASQUILLO FERNANDEZ**
CALLE SAN FERNANDO F-19
URB. MARIOLGA
CAGUAS, PR 00727

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$715.00**

**ANTHONY J. GIORDANO**
**79 TOBY DRIVE**
**SUCCASUNNA, NJ 07876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$910.00**

**APOLINAR CRUZ**
**THE VILLAGE AT THE HILL**
**CALLE VARADERO #45**
**CEIBA, PR 00735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$317.78**

**APPLIANCE PARTS IMPORTS**
**PO BOX 810107**
**CAROLINA, PR 00981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,637.93**

**ASCAP****
**21678 NETWORK PLACE**
**CHICAGO, IL 60673-1216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**AT&T(641-5151) / 787-791-5151 CUADRO**
**PO BOX 70261**
**San Juan, PR 00936-8261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**ATWH,LLC**
**ESJ TOWERS SUITE 2200**
**6165 ISLA VERDE AVE.**
**CAROLINA, PR 00979**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$811,054.77**

**AUTORIDAD DE ENERG. ELECT**
**PO Box 363508**
**San Juan, PR 00936-3508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,215.76** |
|---|---|---|---|
| | **BALLESTER HERMANOS**<br>**PO BOX 364548**<br>**San Juan, PR 00936-4548** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$495.24** |
|---|---|---|---|
| | **BALLHER CORP.**<br>**705 PONCE DE LEON**<br>**San Juan, PR 00907** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71,555.40** |
|---|---|---|---|
| | **BANCO POPULAR Credit Cards**<br>**Division de Producto de Tarjetas**<br>**PO Box 363228**<br>**San Juan, PR 00936-3228** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **BANCO POPULAR Credit Cards**<br>**Division de Producto de Tarjetas**<br>**PO Box 363228**<br>**San Juan, PR 00936-3228** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,638.84** |
|---|---|---|---|
| | **BANCO POPULAR Credit Cards**<br>**Division de Producto de Tarjetas**<br>**PO Box 363228**<br>**San Juan, PR 00936-3228** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,418.01** |
|---|---|---|---|
| | **BENITEZ AVIATION INC.**<br>**PO BOX 193312**<br>**San Juan, PR 00919-3312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.94** |
|---|---|---|---|
| | **BETH MARGOLIN**<br>**28670 BRISTOL CT**<br>**FARMINGTON, MI 48334** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **ESJ Towers, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**BMF CAPITAL**
**1820 Avenue M, Suite 125**
**BROOKLYN, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,299.95** |
|---|---|---|---|

**BOOKING.COM**
**LOCKBOX #5295**
**5295 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,695.00** |
|---|---|---|---|

**BRIAN HOSTELLER**
**10132 SYCAMORE HOLLOW LANE**
**GERMAN TOWN, MA 20876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,287.50** |
|---|---|---|---|

**BRIGHT CLIENTS COMMUNICATION INC.**
**428 ESCORIAL AVE.**
**CAPARRA HEIGHTS**
**San Juan, PR 00920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$278,351.16** |
|---|---|---|---|

**C.R.I.M.**
**Carretera Estatal # 1 km 17.3**
**San Juan, PR 00926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2022

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,880.00** |
|---|---|---|---|

**CACCIAMANI AND ROVER LLC**
**1110 BRICKELL AVENUE STE #804**
**MIAMI, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,646.73** |
|---|---|---|---|

**CAMPO RICO ADVENTURES, LLC**
**3103 ISLA VERDE AVE**
**CONDESA DEL MAR PH5**
**CAROLINA, PR 00979**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $31,853.85 |
|---|---|---|---|

**CARIBBEAN AIRPORT FACILITIES\*\*\***
**AIRPORT OFFICE:SUITE#3**
**CARR.150 SECTOR CENTRAL**
**CAROLINA, PR 00979-1536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $683.81 |
|---|---|---|---|

**CARIBBEAN CLIMBER CORP**
**URB. LOS ANGELES**
**2024 CALLE CELESTIAL**
**CAROLINA, PR 00979-1760**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,316.00 |
|---|---|---|---|

**CARIBBEAN CONCRETE SOLUTIONS**
**PO BOX 825**
**CAGUAS, PR 00726**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $391.40 |
|---|---|---|---|

**CARIBBEAN FOOD PRODUCTS CORP**
**PO BOX 513**
**PUERTO REAL, PR 00074-0513**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

**CARIBBEAN HOTEL SUPPLIES**
**PO BOX 3687**
**MAYAGUEZ, PR 00681**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,290.50 |
|---|---|---|---|

**CARL JANSEN**
**289 FRIENDSHIP ROAD**
**CRANBURY, NJ 08512-5406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**CARLOS VERA & LILLIAM MORALES**
**33 CIUDAD CAMPO**
**San Juan, PR 00926**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**CHARLIE ROSCOE**
**2227 WRENFORD RD.**
**UNIVERSITY HTS, OH 44118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$478.00** |
|---|---|---|---|

**CLAIRE HOLT**
**314 HILLTOP LANE EAST**
**COLUMBUS, NJ 08022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,344.83** |
|---|---|---|---|

**CLARO***
**PO BOX 70366**
**San Juan, PR 00936-8366**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,199,898.56** |
|---|---|---|---|

**Colebrook Financial Company, LLC**
**100 Riverview Center**
**Suite 203**
**Middletown, CT 06457**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$908.10** |
|---|---|---|---|

**COMMTRAK******
**17493 NASSAU COMMONS**
**LEWES, DE 19958**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,307.95** |
|---|---|---|---|

**CONCEPCION PRODUCE INC.**
**P.O BOX 21231**
**San Juan,, P.R 00928-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,899.41** |
|---|---|---|---|

**CONSOLIDATED WASTE SERVICES CORP.**
**PO BOX 1322**
**GURABO, PR 00778**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **ESJ Towers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$43,954.56** |
|---|---|---|---|

**CORPORACION DEL FONDO
DEL SEGURO DEL ESTADO
PO Box 248
BAYAMON, PR 00960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$646.80** |
|---|---|---|---|

**COSVI
P.O. BOX 363428
San Juan, PR 00936-3428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,297.03** |
|---|---|---|---|

**CRAIG GANGLOFF
1331 Deep Water Drive
Mount Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,500.00** |
|---|---|---|---|

**CREATEK SOLUTIONS
PMB 209
PO BOX 7891
GUAYNABO, PR 00970-7891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**DANIEL AGOSTO
CALLE BLANCA #29
PARADA 18
SANTURCE, PR 00909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**DARRELL SWEENEY
613 SOUTH ROAD
TEMPLETON, MA 01468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$840.00** |
|---|---|---|---|

**DAVID DANIEL RODRIGUEZ VARGAS
PO BOX 29911
San Juan, PR 00929**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **ESJ Towers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,643.30 |
|---|---|---|---|

**DE ANGEL & CIA**
**PO BOX 5460**
**CAGUAS, PR 00726-5460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.00 |
|---|---|---|---|

**DEBRA VENEY**
**9348 LAMBS CREEK CHURCH RD**
**KING GEORGE, VA 22485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,676.91 |
|---|---|---|---|

**DESTILERIA NACIONAL INC.**
**URB. SAN PATRICIO**
**1 CALLE M RIVERA FERRER**
**GUAYNABO, PR 00988**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $635.25 |
|---|---|---|---|

**DISTRIBUIDORA BLANCO**
**PO BOX 1'0092672**
**San Juan, PR 00919-2672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $473.00 |
|---|---|---|---|

**DONNA PIRICH**
**14 CHARLES CIRCLE**
**ISLIP, NY 11751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237.12 |
|---|---|---|---|

**EASY CHECKS CARIBBEAN INC**
**PO BOX 29857**
**San Juan, PR 00929-0857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,986.32 |
|---|---|---|---|

**ECOLAB MANUFACTURING INC**
**CALL BOX 60-7086**
**BAYAMON, PR 00960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ESJ Towers, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $936.00 |
|---|---|---|---|

**EDD PRODUCTIONS & PROFESSIONALS DJS**
**ESTANCIAS DE SAN PEDRO**
**T1 CALLE SAN GABRIEL**
**FAJARDO, PR 00738**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255.00 |
|---|---|---|---|

**EDWARD KORAB**
**76 CAROLYN AVE**
**COLONIA, NJ 07067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.00 |
|---|---|---|---|

**ENVISION TECHNOLOGIES, INC**
**PMB 345**
**100 GRAND PASEO BLVD STE 112**
**San Juan, PR 00926-5955**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,083.61 |
|---|---|---|---|

**EQUIANT(ESJAZL)**
**500 N. JUNIPER DRIVE**
**SUITE 100**
**CHANDLER, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,643.97 |
|---|---|---|---|

**EQUIANT(ESJAZL/CBK)**
**500 N. JUNIPER DRIVE**
**SUITE 100**
**CHANDLER, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470.32 |
|---|---|---|---|

**EQUIANT(ESJAZL475)**
**500 N. JUNIPER DRIVE**
**SUITE 100**
**CHANDLER, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $445.67 |
|---|---|---|---|

**EQUIANT(ESJAZL815)**
**500 N. JUNIPER DRIVE**
**SUITE 100**
**CHANDLER, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$327.74** |

**EQUIFAX INFO SVCS PUERTO RICO**
**PO BOX 71221**
**CHARLOTTE, NC 28272-1221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,397,771.68** |

**ESJ TOWERS CONDOMINIUM ASSOC**
**6165 Isla Verde Ave.**
**Carolina, PR 00979**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,202,670.00** |

**ESJ TOWERS CONDOMINIUM ASSOC**
**6165 Isla Verde Ave.**
**Carolina, PR 00979**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49.00** |

**EVELYN YANCHIK**
**5966 DARBY ROAD**
**CICERO, NY 13039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,395.27** |

**EXPEDIA**
**333 108TH  AVE NE**
**ORLANDO, WA 32811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$337.10** |

**FABRIXS**
**PO BOX 79198**
**CAROLINA, PR 00984**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.76** |

**FEDERAL EXPRESS**
**PO BOX 371461**
**PITTSBURGH, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,192.00** |
|---|---|---|---|
| | **FERRETERIA GOMEZ RENTAS** | ☐ Contingent | |
| | **PO BOX 911** | ☐ Unliquidated | |
| | **GUAYNABO, PR 00970-0911** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,900.00** |
|---|---|---|---|
| | **FINE LINE TOURS** | ☐ Contingent | |
| | **Calle Bienvenido Cruz** | ☐ Unliquidated | |
| | **Rio Grande, PR 00745** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,380.30** |
|---|---|---|---|
| | **FIRE SAFE, INC.** | ☐ Contingent | |
| | **P.O. BOX 592** | ☐ Unliquidated | |
| | **SAINT JUST, PR 00978-0592** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,497.85** |
|---|---|---|---|
| | **FIRST BANK (4371)** | ☐ Contingent | |
| | **Ave. Ponce de Leaon 1519, Parada 23** | ☐ Unliquidated | |
| | **Esq. Calle Del Parque** | ☐ Disputed | |
| | **San Juan, PR 00908** | | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$541.49** |
|---|---|---|---|
| | **FRANCISCO J. MARRERO GUINOT** | ☐ Contingent | |
| | **Flor de Mar 115, River Garden** | ☐ Unliquidated | |
| | **Canovanas, PR 00729** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$910.00** |
|---|---|---|---|
| | **GLADYS RODRIGUEZ** | ☐ Contingent | |
| | **PO BOX 1498** | ☐ Unliquidated | |
| | **MAYAGUEZ, PR 00681** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$495.00** |
|---|---|---|---|
| | **GLENN BOWEN** | ☐ Contingent | |
| | **82 SIMCOE DR** | ☐ Unliquidated | |
| | **BELLESVILLE, ONTARIO K8N 4Z5** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor   **ESJ Towers, Inc.** _____   Case number *(if known)* _____
Name

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,320.00** |
|------|------|------|------|

**GRAVIEL PICHARDO**
**CALLE RAFAEL ALERS**
**#111**
**San Juan, PR 00979**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$486.16** |
|------|------|------|------|

**GRAYBAR INTERNATIONAL P.R.**
**PO BOX 366261**
**San Juan, PR 00936-6261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500,000.00** |
|------|------|------|------|

**GREEN CAPITAL FUNDING, LLC**
**116 Nassau Street, Suite 804**
**NEW YORK, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,020.00** |
|------|------|------|------|

**GREGORY J KARLE**
**6845 WOODCREST RDG**
**CLARKSTON, MI 48346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$129.09** |
|------|------|------|------|

**GUEST SUPPLY**
**PO BOX 6771**
**SOMERSET, NJ 08875-6771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$495.00** |
|------|------|------|------|

**GWEN E. GLAUBACH**
**4530 BIESTERFIELD DR.**
**CHARLOTTE, NC 28216-3282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,355.90** |
|------|------|------|------|

**HELMS BRISCOE CORP. ******
**20875 NORTH 90TH PLACE**
**SUITE 210**
**SCOTTSDALE, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | Case number (*if known*) | |
| | Name | | |

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|
| | **HENRY & BARBARA GODDARD**<br>**1480 NORTH WEST 8-0 AVE.**<br>**APT.405**<br>**MARGATE, FL 33063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,360.00** |
|---|---|---|---|
| | **HENRY LOWY**<br>**2685 HANFORD MILLS LANE**<br>**CHARLESTON, SC 29406** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$390.00** |
|---|---|---|---|
| | **HERIBERTO BERRIOS**<br>**VILLA CAROLINA**<br>**142-3 CALLE 409**<br>**CAROLINA, PR 00985-4020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|
| | **High Speed Capital LLC**<br>**170State Street**<br>**Suite 4000**<br>**NEW YORK, NY 10004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$657.00** |
|---|---|---|---|
| | **HOFFA MEDICAL CENTER**<br>**352 CALLE DEL PARQUE**<br>**San Juan, PR 00912** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,000.00** |
|---|---|---|---|
| | **HSK INDUSTRIES,INC.**<br>**4500 CARMICHAEL AVENUE**<br>**SARASOTA, FL 34234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|
| | **HVP FOODS(HIJOLE)**<br>**PO BOX 582**<br>**CAGUAS, PR 00726** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ESJ Towers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,982.80 |
|---|---|---|---|

**ICE AGE REFRIGERATION**
**QUINTA REAL 12307**
**TOA BALA, PR 00949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.91 |
|---|---|---|---|

**IGM CORP.**
**PMB 589**
**267 CALLE SIERRA MORENA**
**San Juan, PR 00926-5583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $555.00 |
|---|---|---|---|

**IMPRESOS DE LA TORRE**
**CALLE 12 #321**
**URB. FLAMINGO HILLS**
**BAYAMON, PR 00957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,558.33 |
|---|---|---|---|

**IMPRINT PLUS**
**21320 GORDON WAY**
**UNIT 260**
**RICHMOND BC, CANADA V6W1J8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,997.50 |
|---|---|---|---|

**INNOVATIVE HOSPITALITY CONCEPTS**
**2855 N UNIVERSITY DR, SUITE510**
**CORAL SPRING, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,457.54 |
|---|---|---|---|

**INTERNATIONAL COFFEE VENDORS, INC**
**D/B/A GUSTOS COFFEE CO.**
**PO BOX 11277**
**San Juan, PR 00922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,430.00 |
|---|---|---|---|

**IO PR ECO TOURS**
**PO BOX 20,000 PBM 433**
**CANOVANAS, PR 00729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00** |
|---|---|---|---|

**IONA NIEVES**
**2480 THOMPSOM DR**
**MARRIOTTSVILLE, MD 21104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**IPFS CORPORATION #36678**
**PO BOX 70134**
**San Juan, PR 00936-8134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,835.24** |
|---|---|---|---|

**Iron Mountain**
**PO Box 27128**
**NEW YORK, NY 10087-7128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,925.00** |
|---|---|---|---|

**IRVING ROSA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$431.12** |
|---|---|---|---|

**J & M DEPOT, INC**
**PO BOX 29427**
**San Juan, PR 00929-9427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$321.00** |
|---|---|---|---|

**JEANINE V. WAHRHEIT**
**112 HUBSON AVE**
**SAINT JAMES, NY 11780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$975.00** |
|---|---|---|---|

**JEFFREY GALM**
**69 RTE. 7**
**PINE PLAINS, NY 12567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$510.00**

**JOHN GURAL**
**6 GINDA AVE.**
**CARTERET, NJ 07008-1610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$518.00**

**JONATHAN PORRATA & LIZ NAVARRO**
**CARR.8721 ESQ. CALLE MULATO**
**APT.601 LAS PRIMAVERAS**
**CAROLINA, PR 00983**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31.00**

**JOSEPH KERSTEIN**
**5223 EHRLICH RD SUITE B**
**TAMPA, FL 33624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,875.00**

**JUAN RAMIREZ MIRANDA**
**URB. LOS SOSA #8**
**CABO ROJO, PR 00623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,169.39**

**K-R IMPORTS INC.**
**3105 TERRALINDA COURT**
**TRUJILLO ALTO, PR 00976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,882.71**

**KALAMATA CAPITAL GROUP, LLC**
**7315 Wisconsin Ave. 550E**
**BETHESDA, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00**

**KATHY OLTAIN**
**3501 NW 23RD. CT**
**LAUDERDALE LAKES, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$935.00** |
|---|---|---|---|

**KENETHN MOSCATELLI**
**PO BOX 726**
**SAGAMORE, MA 02561**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,715.00** |
|---|---|---|---|

**LABORATORIO CLINICO PASEOS**
**PO BOX 14334**
**San Juan, PR 00916**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,456.94** |
|---|---|---|---|

**LATITUDE SALES & MARKETING*****
**606 Market Street**
**Celebration, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,961.00** |
|---|---|---|---|

**LEDESMA & VARGAS,LLC**
**PO BOX 194089**
**San Juan, PR 00919**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LIBERTY BUSINESS #ESJBLUE**
**LIBERTY CABLEVISION OF P.R.**
**PO BOX 71496**
**San Juan, PR 00936-8596**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,396.22** |
|---|---|---|---|

**LIBERTY CABLEVISION OF PR**
**PO BOX 71496**
**San Juan, PR '00936-9699**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LILIAM A GARZON**
**3451 NE 1st AVENUE**
**APT. M703**
**MIAMI, FL 33137**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27.39** |
|---|---|---|---|

**LOOMIS PUERTO RICO, INC**
**PO BOX 70282**
**San Juan, PR 00936-8282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**LUIS OLIVERO**
**VALLE ARRIBA HEIGHTS**
**CALLE 124 BW-12**
**CAROLINA, PR 00983**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$891.20** |
|---|---|---|---|

**MASTER TOWELS LINEN & MORE**
**HC-50 BOX 20904**
**SAN LORENZO, PR 00754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$146,784.06** |
|---|---|---|---|

**McCONELL VALDES**
**P.O.BOX 364225**
**San Juan, PR 00936-4225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57,403.66** |
|---|---|---|---|

**MELLADO & MELLADO-VILLARREAL**
**165 PONCE DE LEON AVE. SUITE 102**
**San Juan, PR 00917-1235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$518.55** |
|---|---|---|---|

**MENACO CORPORATION**
**PO BOX 70183**
**San Juan, PR 00936-8183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,375.00** |
|---|---|---|---|

**MERCEDES TIPIANI**
**1751 W. 5050 S.**
**ROY, UT 84067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | ESJ Towers, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455.00 |
|---|---|---|---|

**MICHAEL FIORETTI**
**26 DOWNING ST**
**CHERRY HILL, NJ 08003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.00 |
|---|---|---|---|

**MICHAEL SCHWIND**
**2347 W. SHADOW GLEN CT**
**PHOENIX, AZ 85086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,699.00 |
|---|---|---|---|

**MONTEQUIN DISTRIBUTORS INC.**
**PO BOX 11269**
**San Juan, PR 00922-1269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,890.00 |
|---|---|---|---|

**MOVIE BEAM/VALUABLE TECHNOLOGIES,**
**INC**
**440 Sylvan Ave.**
**Suite 170**
**ENGLEWOOD CLIFFS, NJ 07632-2723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $164.45 |
|---|---|---|---|

**MULTINATIONAL LIFE INSURANCE CO.**
**PO BOX 366107**
**San Juan, PR 00936-6107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,234.10 |
|---|---|---|---|

**O'NEILL & BORGES LLC**
**AMERICAN INTERNATIONAL PLAZA**
**250 MU OZ RIVERA AVE STE 800**
**San Juan, PR 00918-1813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,975.00 |
|---|---|---|---|

**Oldach**
**PO Box 364603**
**San Juan, PR 00936-4603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ESJ Towers, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.143** Nonpriority creditor's name and mailing address

**P.R. HOTEL & TOURISM ASSOC*****
DORAL BANK PLAZA
CALLE RESOLUCION #33 SUITE 701-B
San Juan, PR 00920**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** Nonpriority creditor's name and mailing address

**PACKERS PROVISION CO.
GSRDEN HILLS PKAZA PMB342
#1353 AVE LUIS VOGOREAYX
GUAYNABO, PR 00966-2718**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$702.85**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** Nonpriority creditor's name and mailing address

**PALM TREE RENTAL &  DISTRIUBUTION
INC
Cond Playa Blanca
5245 Ave. Isla Verde Apt 802
Carolina, PR 00979**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$9,692.11**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** Nonpriority creditor's name and mailing address

**PARLIAMENT CAPITAL
1511 Ponce de Leon - Ciudadela
Torre 1000, Suite 6-A
San Juan, PR 00936**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$2,505,088.30**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** Nonpriority creditor's name and mailing address

**Parliament Capital Manegement, LLC
1511 Ponce De Leon
Suite 6-A
San Juan, PR 00909**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$6,572,379.81**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** Nonpriority creditor's name and mailing address

**PATRICIA SEVER
44 PLUM AVE.
CARBONDALE, PA 18407**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$1,190.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** Nonpriority creditor's name and mailing address

**PEDRO L. CARMONA, INC
Reparto Monterey #5
Calle Acacia Suite 205
San Juan, PR 00902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00** |
|---|---|---|---|

**PLATOS RESTAURANT & BAR**
**2 Calle Rosa**
**Carolina, PR 00979**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**PRINCESA GASTRO BAR, INC**
**2 Paseo de la Princesa**
**Calle Shrmberg**
**San Juan, PR 00901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$244.80** |
|---|---|---|---|

**PUERTO RICO FOOD & PAPER INC**
**PO BOX 535**
**BAYAMON, PR 00960-0535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,209.86** |
|---|---|---|---|

**PURCHASE POWER/PITNEY BOWES**
**PO BOX 371874**
**PITTSBURGH, PA 15250-7874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,581.25** |
|---|---|---|---|

**PURCHASNG POWER HOUSE ,LLC**
**PO BOX 810571**
**BOCA RATON, FL 33481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,076.00** |
|---|---|---|---|

**RAFAEL OLIVO**
**2722 FENTON AVE.**
**BRONX, NY 10469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,200.00** |
|---|---|---|---|

**RCCR PR**
**6165 ISLA VERDE AVE**
**SUITE 2200**
**CAROLINA, PR 00979**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,623.03 |
|---|---|---|---|

**RCI*****
9998  MICHIGAN ROAD
CARMEL, IN 46032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,599.79 |
|---|---|---|---|

**REAL BUSSINESS PERSONNEL CORP
1605 AVE PONCE DE LEON
SAN MARTIN BLGD.STE 506
San Juan, PR 00909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**REGION CAPITAL
400 Avenue E
BROOKLYN, NY 11223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RENE FLORES ACU A,PE
GLORIMAR 19
San Juan, PR 00926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RESORT DATA PROCESSING, INC
PO BOX 1170
VAIL, CO 81658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**RESTAURANTE BARRACHINA
104 Calle Fortaleza
San Juan, PR 00901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**RICARDO PEREZ SANCHEZ
5054  AVE  RAMON RIOS ROMAN
TOA BAJA, PR 00952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.164** | **Nonpriority creditor's name and mailing address**

**RICHARD COSGROVE**
**PO BOX 18046**
**HAUPPAUGE, NY 11788-8846**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,689.00**

---

**3.165** | **Nonpriority creditor's name and mailing address**

**RICOH PUERTO RICO, INC**
**PO BOX 71459**
**San Juan, PR 00936-8559**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$15,635.64**

---

**3.166** | **Nonpriority creditor's name and mailing address**

**RL LEGAL & CONSULTIG SERVICES LLC**
**AVE HOSTOS  #430 (ALTOS)**
**URB EL VEDADO**
**San Juan, PR 00918-3016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.167** | **Nonpriority creditor's name and mailing address**

**ROBERT  LEVOW**
**809 CALISTE DRIVE**
**WAKE FOREST, NC 27587-9536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,275.00**

---

**3.168** | **Nonpriority creditor's name and mailing address**

**ROGER ALGER**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$894.50**

---

**3.169** | **Nonpriority creditor's name and mailing address**

**RONALD INGEMIE**
**25 BURNAP STREET**
**FITCHBURG, MA 01420**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$625.00**

---

**3.170** | **Nonpriority creditor's name and mailing address**

**SCANNER OVERSEAS OF PR.,INC**
**212 Manuel Camu as St.**
**Suite 100**
**San Juan, PR 00918-1407**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,243.00**

---

| Debtor | **ESJ Towers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.171** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SECRETARIO DE HACIENDA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,275.00**

**SIMON JOHNSON**
**3803 CANARY CT**
**NORTH CHARLESTON, SC 29420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SPARTAN STAFFING PUERTO RICO**
**PO BOX 534549**
**ATLANTA, GA 30353-4549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$774.00**

**SPECTRIO**
**SPECTRIO**
**PO BOX 8'0090271**
**CHARLOTTE, NC 28289-0271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00**

**STATE INDUSTRIAL PRODUCTS CORP.**
**P.O. BOX 50025**
**San Juan, PR 00902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$952.00**

**T.H. DISTRIBUTOR**
**URB. LOIZA VALLEY**
**CALLE GLADIOLA B-98**
**CANOVANAS, PR 00729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**TAINA VICTORIA PEREIRA**
**COND CAGUAS TOWER**
**APT 503**
**CAGUAS, PR 00725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,266.00 |
|---|---|---|---|

**Ten Appliances**
PO Box 360587
San Juan, PR 00936

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,760.00 |
|---|---|---|---|

**THE NEW YORK TIMES/TIMES DIGEST**
PO BOX 392054
PITTSBURGH, PA 15251-9054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**THE STAR GROUP & COMPANY, INC**
1103 Beech Mountain Parkway
Beech Mountain, NC 28604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,951.48 |
|---|---|---|---|

**TRAVELCLICK**
PO BOX 71199
CHICAGO, IL 60694-1199

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,385.05 |
|---|---|---|---|

**TRIPADVISOR**
400 1ST AVE.
NEEDHAM, MA 02494

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TRIPLE-S SALUD, INC.******
PO BOX 71548
San Juan, PR 00936-8648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,625.38 |
|---|---|---|---|

**Tropigas**
PO Box 70205
San Juan, PR 00936-8205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$823.41** |
|---|---|---|---|

**UNIGUEST**
**2'00926 KRAFT DRIVE**
**NASHVILLE, TN 37204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**UNIVERSAL LIFE***
**PO BOX 2145**
**San Juan, PR 00922-2145**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500,000.00** |
|---|---|---|---|

**US SMALL BUSINESS ADMINISTRATION**
**Administrator**
**WASHINGTON, DC 20416**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**VENTURE TRANSPORTATION NETWORK**
**CORP.**
**NETWORK, CORP**
**PO BOX 79129**
**CAROLINA, PR 00984**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.00** |
|---|---|---|---|

**VICTOR OLAZAGASTI**
**009011 STOCKTON COURT**
**ORLANDO, FL 32817-1395**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$591.00** |
|---|---|---|---|

**VINCENT MARTINEZ**
**2065 1ST AVENUE**
**APT. 11F**
**NEW YORK, NY 10029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,591.68** |
|---|---|---|---|

**VIVALDI SERVICIOS DE SEGURIDAD**
**185 ROOSEVELT PLAZA**
**STE. 101**
**San Juan, PR 00917**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **ESJ Towers, Inc.**                                    Case number (if known) _____
_____
Name

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,705.60 |
|---|---|---|---|

**WALKING ON WATER SURFING**
**Cond Verde Mar**
**Ave. Isla Verde Apt. 104**
**Carolina, PR 00987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,733.00 |
|---|---|---|---|

**WHITE RHINO, INC.**
**SUITE 112 MSC-208**
**100 GRAND BOULEVARD PASEOS**
**San Juan, PR 00926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,316.08 |
|---|---|---|---|

**WORLD INTERDATA SOLUTIONS, INC.**
**PO BOX 367179**
**San Juan, PR 00936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 1,410,529.60 |
| 5b. Total claims from Part 2 | 5b. + $ | 21,672,076.63 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 23,082,606.23 |

| Fill in this information to identify the case: |
| --- |

Debtor name    **ESJ Towers, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Unit Lease and Management Agreement** |
| State the term remaining | |
| List the contract number of any government contract   _____ | **124 LLC's** <br> **6165 Isla Verde Ave.** <br> **Carolina, PR 00979** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **computer equipment capital lease** |
| State the term remaining | |
| List the contract number of any government contract   _____ | **Acrecent Financial Corporation** <br> **PO Box 363372** <br> **San Juan, PR 00936** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest | **Internet Service** |
| State the term remaining | |
| List the contract number of any government contract   _____ | **Aeronet** <br> **PO Box 270013** <br> **San Juan, PR 00928** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest | **Online Hotel Reservations** |
| State the term remaining | |
| List the contract number of any government contract   _____ | **Booking.Com B.V.** <br> **Herengracht 597** <br> **1017 CE Amsterdam** <br> **Netherlands** |

Debtor 1  **ESJ Towers, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Satellite TV & music service** | |
| | State the term remaining | | **Dish Network**<br>**PO Box 7203**<br>**Pasadena, Ca 91109-7303** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **POS system** | |
| | State the term remaining | | **Dynamic Payments (Clover)**<br>**3100 Road 199**<br>**Suite 101**<br>**San Juan, PR 00926** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **FB area lease agreement** | |
| | State the term remaining | | **ESJ Homeowners Association**<br>**6165 Isla Verde Ave.**<br>**Carolina, PR 00979** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Online Hotel Reservations** | |
| | State the term remaining | | **Expedia Group**<br>**1111 Expedia Group Way**<br>**W. Seattle, WA 98119** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **webhosting services** | |
| | State the term remaining | | **Go Daddy**<br>**14455 N. Hayden Rd.**<br>**Suite 226**<br>**Scottsdale, Arizona 85260-6947** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Cable TV, telephone and cellular** | |
| | State the term remaining | | **Liberty**<br>**PO Box 71496**<br>**San Juan, PR 00936** |

Debtor 1  **ESJ Towers, Inc.**
_____  Case number (*if known*) _____
First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Timeshare exchange program** | |
|---|---|---|---|
| | State the term remaining | | **RCI** |
| | List the contract number of any government contract _____ | | **9998 Michigan Road**<br>**Carmel, IN 46032** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **PMS System** | |
|---|---|---|---|
| | State the term remaining | | **Resort Data Processing, Inc (RDP)** |
| | List the contract number of any government contract _____ | | **PO Box 1170**<br>**Vail, CO 81658** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting Software Support Services & License** | |
|---|---|---|---|
| | State the term remaining | | **White Rhino, Inc.** |
| | List the contract number of any government contract _____ | | **Suite 112 MSC-208**<br>**100 Grand Boulevard Paseos**<br>**San Juan, PR 00926** |

**Fill in this information to identify the case:**

Debtor name   **ESJ Towers, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Around the World Holdings, LLC** | **6165 Isla Verde Ave. Carolina, PR 00979** | **PARLIAMENT CAPITAL** | ☐ D _____<br>■ E/F ___3.146___<br>☐ G _____ |
| 2.2 **Around the World Holdings, LLC** | **6165 Isla Verde Ave. Carolina, PR 00979** | **GREEN CAPITAL FUNDING, LLC** | ☐ D _____<br>■ E/F ___3.89___<br>☐ G _____ |
| 2.3 **Around the World Holdings, LLC** | **6165 Isla Verde Ave. Carolina, PR 00979** | **KALAMATA CAPITAL GROUP, LLC** | ☐ D _____<br>■ E/F ___3.120___<br>☐ G _____ |
| 2.4 **Around the World Holdings, LLC** | **6165 Isla Verde Ave. Carolina, PR 00979** | **BMF CAPITAL** | ☐ D _____<br>■ E/F ___3.31___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **ESJ Towers, Inc.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$5,088,691.00** |
   | **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$8,252,018.19** |
   | **For the fiscal year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$2,210,752,470.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **ESJ Towers, Inc.** | Case number *(if known)* |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:  Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **See Attachments A** | | | ☐ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:  Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:  Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor  **ESJ Towers, Inc.**                                    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Charles A. Cuprill PSC Law Offices** **356 Fortaleza St. 2nd Floor** **San Juan, PR 00901** | | **04/17/2022** | **$75,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? **Around The World Holdings, LLC** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 .  **AGM Group Engineering, Corp.** **RR5 P.O. Box 8418, Suite 3** **Bayamon, PR 00956** | **F-150 Ford Truck** | **03/2022** | **$30,000.00** |
| Relationship to debtor | | | |

---

**Part 7:**   **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor   **ESJ Towers, Inc.**                                    Case number *(if known)* _____

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | **ESJ Towers, Inc.** | Case number *(if known)* | |

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |

■ None

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

| **Part 12:** | **Details About Environment Information** |

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | **Employer Identification number** Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

---

Debtor **ESJ Towers, Inc.**        Case number *(if known)* _____

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Cesa E. Hernandez Monagas, Esq. CPA**<br>**6165 Isla Verde Ave.**<br>**Carolina, PR 00979** | **05/2021 - Present** |
| 26a.2.   **Virnaliz Santiago**<br>**6165 Isla Verde Ave.**<br>**Carolina, PR 00979** | **1996-04-2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **De Angel & Compania**<br>**PO Box 5460**<br>**Caguas, PR 00726-5460** | **2016-PResent** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Cesa E. Hernandez Monagas, Esq. CPA**<br>**6165 Isla Verde Ave.**<br>**Carolina, PR 00979** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Oriental Bank**<br>**254 Muñoz Rivera Ave.**<br>**San Juan, PR 00918** |
| 26d.2.   **Parliament Capital, LLC**<br>**1511 Ponce de Leon - Ciudadela**<br>**Torre 1000, Suite 6-A**<br>**San Juan, PR 00936** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor   **ESJ Towers, Inc.**                                            Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Keith St. Clair | 6165 Isla Verde Ave. Carolina, PR 00979 | President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cesa E. Hernandez Monagas, Esq. CPA | 6165 Isla Verde Ave. Carolina, PR 00979 | Secretary / Treasurer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Austin Butler | PO Box 9241 San Juan, PR 00909 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Randall Graham | 40 N 1900 E. Mapleton, UT 84664 | Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Virnaliz Santiago | 6165 Isla Verde Ave. Carolina, PR 00979 | Secretary / Treasurer | 1996-4/2021 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | See Attachment B | $172,144.90 | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Conexus Holdings Puerto Rico, LLC | EIN:   66-0835308 |

Debtor    **ESJ Towers, Inc.**        Case number *(if known)* _____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■   No
   ☐   Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |
| | |

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 10, 2022**

**/s/ Keith St. Clair**                      **Keith St. Clair**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

## United States Bankruptcy Court
### District of Puerto Rico

In re   **ESJ Towers, Inc.**

Debtor(s)

Case No.

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 10, 2022**

Signature   **/s/ Keith St. Clair**

**Keith St. Clair**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Puerto Rico

In re   **ESJ Towers, Inc.**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 10, 2022**

**/s/ Keith St. Clair**

**Keith St. Clair**/**President**
Signer/Title

ESJ TOWERS, INC.
6165 ISLA VERDE AVE.
CAROLINA, PR 00979

AGM GROUP ENGINEERING CORP.
RR5 BOX 8418 SUITE 3
BAYAMON, PR 00956

AMILCAR RAMIREZ
220 CAMINO DEL GUAYACAN
SABANERA DEL RIO
GURABO, PR 00778

CHARLES A. CUPRILL
CHARLES A. CUPRILL, PSC LAW OFFICES
356 FORTALEZA STREE (2ND FLOOR)
SAN JUAN, PR 00901

AGUA SUPREMA
HC 2 BOX 5830
COMERIO, PR 00782

ANDREW POLITO
8 BRAYTON RD
CARMEL, NY 10512

124 LLC'S
6165 ISLA VERDE AVE.
CAROLINA, PR 00979

AIG INSURANCE COMPANY
PO BOX 10181
SAN JUAN, PR 00908-1181

ANGEL CARRASQUILLO FERNAN
CALLE SAN FERNANDO F-19
URB. MARIOLGA
CAGUAS, PR 00727

ACRECENT FINANCIAL CORPORATION
PO BOX 363372
SAN JUAN, PR 00936

ALEXANDER MAYS

ANTHONY J. GIORDANO
79 TOBY DRIVE
SUCCASUNNA, NJ 07876

ACRECENT FINANCIAL CORPORATION
PO BOX 363372
SAN JUAN, PR 00936

ALM ENGINEERING, PSC
FLOR DE MAR 115 RIVER GARDEN
CANOVANAS, PR 00729

APOLINAR CRUZ
THE VILLAGE AT THE HILL
CALLE VARADERO #45
CEIBA, PR 00735

ACRECETN FINANCIAL CORPORATION
PO BOX 363372
SAN JUAN, PR 00936-3372

AMERCAN EXPRESS RS#81006
PO BOX 981535
EL PASO, TX 9998-1535

APPLIANCE PARTS IMPORTS
PO BOX 810107
CAROLINA, PR 00981

ADVANCE CONSTRUCTION
CALLE ALDEA # 1258
EDIF. UNICA, STE 400
SANTURCE, PR 00907

AMERICAN EXPRESS #31001 RS
PO BOX 981535
EL PASO, TX 9998-1535

AROUND THE WORLD HOLDINGLL
6165 ISLA VERDE AVE.
CAROLINA, PR 00979

AERONET
PO BOX 270013
SAN JUAN, PR 00928

AMERICAN EXPRESS **1001
PO BOX 981535
EL PASO, TX 9998-1535

AROUND THE WORLD HOLDINGLL
6165 ISLA VERDE AVE.
CAROLINA, PR 00979

AERONET (ACC#17309)
PO BOX 270013
SAN JUAN, PR 00928

AMERICAN EXPRESS - MERCHANT FINANCING LLC
PO BOX 981535
EL PASO, TX 9998-1535

AROUND THE WORLD HOLDINGLL
6165 ISLA VERDE AVE.
CAROLINA, PR 00979

AROUND THE WORLD HOLDINGS, LLC
6165 ISLA VERDE AVE.
CAROLINA, PR 00979

BANCO POPULAR CREDIT CARDS
DIVISION DE PRODUCTO DE TARJETAS
PO BOX 363228
SAN JUAN, PR 00936-3228

C.R.I.M.
PO BOX 195387
SAN JUAN, PR 00919-5387

ASCAP****
21678 NETWORK PLACE
CHICAGO, IL 60673-1216

BENITEZ AVIATION INC.
PO BOX 193312
SAN JUAN, PR 00919-3312

CACCIAMANI AND ROVER LLC
1110 BRICKELL AVENUE STE #80
MIAMI, FL 33131

AT&T(641-5151) / 787-791-5151 CUADRO
PO BOX 70261
SAN JUAN, PR 00936-8261

BETH MARGOLIN
28670 BRISTOL CT
FARMINGTON, MI 48334

CAMPO RICO ADVENTURES, LLC
3103 ISLA VERDE AVE
CONDESA DEL MAR PH5
CAROLINA, PR 00979

ATWH,LLC
ESJ TOWERS SUITE 2200
6165 ISLA VERDE AVE.
CAROLINA, PR 00979

BMF CAPITAL
1820 AVENUE M, SUITE 125
BROOKLYN, NY 11230

CARIBBEAN AIRPORT FACILITIES
AIRPORT OFFICE:SUITE#3
CARR.150 SECTOR CENTRAL
CAROLINA, PR 00979-1536

AUTORIDAD DE ENERG. ELECT
PO BOX 363508
SAN JUAN, PR 00936-3508

BOOKING.COM
LOCKBOX #5295
5295 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CARIBBEAN CLIMBER CORP
URB. LOS ANGELES
2024 CALLE CELESTIAL
CAROLINA, PR 00979-1760

BALLESTER HERMANOS
PO BOX 364548
SAN JUAN, PR 00936-4548

BOOKING.COM B.V.
HERENGRACHT 597
1017 CE AMSTERDAM
NETHERLANDS

CARIBBEAN CONCRETE SOLUTIO
PO BOX 825
CAGUAS, PR 00726

BALLHER CORP.
705 PONCE DE LEON
SAN JUAN, PR 00907

BRIAN HOSTELLER
10132 SYCAMORE HOLLOW LANE
GERMAN TOWN, MA 20876

CARIBBEAN FOOD PRODUCTS C
PO BOX 513
PUERTO REAL, PR 00074-0513

BANCO POPULAR CREDIT CARDS
DIVISION DE PRODUCTO DE TARJETAS
PO BOX 363228
SAN JUAN, PR 00936-3228

BRIGHT CLIENTS COMMUNICATION INC
428 ESCORIAL AVE.
CAPARRA HEIGHTS
SAN JUAN, PR 00920

CARIBBEAN HOTEL SUPPLIES
PO BOX 3687
MAYAGUEZ, PR 00681

BANCO POPULAR CREDIT CARDS
DIVISION DE PRODUCTO DE TARJETAS
PO BOX 363228
SAN JUAN, PR 00936-3228

C.R.I.M.
CARRETERA ESTATAL # 1 KM 17.3
SAN JUAN, PR 00926

CARL JANSEN
289 FRIENDSHIP ROAD
CRANBURY, NJ 08512-5406

CARLOS VERA & LILLIAM MORALES
33 CIUDAD CAMPO
SAN JUAN, PR 00926

CORPORACION DEL FONDO
DEL SEGURO DEL ESTADO
PO BOX 248
BAYAMON, PR 00960

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR 00902

CHARLIE ROSCOE
2227 WRENFORD RD.
UNIVERSITY HTS, OH 44118

COSVI
P.O. BOX 363428
SAN JUAN, PR 00936-3428

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR 00902

CLAIRE HOLT
314 HILLTOP LANE EAST
COLUMBUS, NJ 08022

CRAIG GANGLOFF
1331 DEEP WATER DRIVE
MOUNT PLEASANT, SC 29464

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR 00902

CLARO***
PO BOX 70366
SAN JUAN, PR 00936-8366

CREATEK SOLUTIONS
PMB 209
PO BOX 7891
GUAYNABO, PR 00970-7891

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR 00902

COLEBROOK FINANCIAL COMPANY, LLC
100 RIVERVIEW CENTER
SUITE 203
MIDDLETOWN, CT 06457

DANIEL AGOSTO
CALLE BLANCA #29
PARADA 18
SANTURCE, PR 00909

DESTILERIA NACIONAL INC.
URB. SAN PATRICIO
1 CALLE M RIVERA FERRER
GUAYNABO, PR 00988

COMMTRAK******
17493 NASSAU COMMONS
LEWES, DE 19958

DARRELL SWEENEY
613 SOUTH ROAD
TEMPLETON, MA 01468

DISH NETWORK
PO BOX 7203
PASADENA, CA 91109-7303

COMPANIA DE TURISMO
PO BOX 9024000
SAN JUAN, PR 00902-4000

DAVID DANIEL RODRIGUEZ VARGAS
PO BOX 29911
SAN JUAN, PR 00929

DISTRIBUIDORA BLANCO
PO BOX 1'0092672
SAN JUAN, PR 00919-2672

CONCEPCION PRODUCE INC.
P.O BOX 21231
SAN JUAN,, P.R 00928-0000

DE ANGEL & CIA
PO BOX 5460
CAGUAS, PR 00726-5460

DONNA PIRICH
14 CHARLES CIRCLE
ISLIP, NY 11751

CONSOLIDATED WASTE SERVICES CORP
PO BOX 1322
GURABO, PR 00778

DEBRA VENEY
9348 LAMBS CREEK CHURCH RD
KING GEORGE, VA 22485

DYNAMIC PAYMENTS (CLOVER)
3100 ROAD 199
SUITE 101
SAN JUAN, PR 00926

EASY CHECKS CARIBBEAN INC
PO BOX 29857
SAN JUAN, PR 00929-0857

EQUIFAX INFO SVCS PUERTO RICO
PO BOX 71221
CHARLOTTE, NC 28272-1221

FERRETERIA GOMEZ RENTAS
PO BOX 911
GUAYNABO, PR 00970-0911

ECOLAB MANUFACTURING INC
CALL BOX 60-7086
BAYAMON, PR 00960

ESJ HOMEOWNERS ASSOCIATION
6165 ISLA VERDE AVE.
CAROLINA, PR 00979

FINE LINE TOURS
CALLE BIENVENIDO CRUZ
RIO GRANDE, PR 00745

EDD PRODUCTIONS & PROFESSIONALS
ESTANCIAS DE SAN PEDRO
T1 CALLE SAN GABRIEL
FAJARDO, PR 00738

ESJ TOWERS CONDOMINIUM ASSOC
6165 ISLA VERDE AVE.
CAROLINA, PR 00979

FIRE SAFE, INC.
P.O. BOX 592
SAINT JUST, PR 00978-0592

EDWARD KORAB
76 CAROLYN AVE
COLONIA, NJ 07067

ESJ TOWERS CONDOMINIUM ASSOC
6165 ISLA VERDE AVE.
CAROLINA, PR 00979

FIRST BANK (4371)
AVE. PONCE DE LEAON 1519, P23
ESQ. CALLE DEL PARQUE
SAN JUAN, PR 00908

ENVISION TECHNOLOGIES, INC
PMB 345
100 GRAND PASEO BLVD STE 112
SAN JUAN, PR 00926-5955

EVELYN YANCHIK
5966 DARBY ROAD
CICERO, NY 13039

FRANCISCO J. MARRERO GUINO
FLOR DE MAR 115, RIVER GARD
CANOVANAS, PR 00729

EQUIANT(ESJAZL)
500 N. JUNIPER DRIVE
SUITE 100
CHANDLER, AZ 85226

EXPEDIA
333 108TH  AVE NE
ORLANDO, WA 32811

GLADYS RODRIGUEZ
PO BOX 1498
MAYAGUEZ, PR 00681

EQUIANT(ESJAZL/CBK)
500 N. JUNIPER DRIVE
SUITE 100
CHANDLER, AZ 85226

EXPEDIA GROUP
1111 EXPEDIA GROUP WAY
W. SEATTLE, WA 98119

GLENN BOWEN
82 SIMCOE DR
BELLESVILLE, ONTARIO K8N 4Z5

EQUIANT(ESJAZL475)
500 N. JUNIPER DRIVE
SUITE 100
CHANDLER, AZ 85226

FABRIXS
PO BOX 79198
CAROLINA, PR 00984

GO DADDY
14455 N. HAYDEN RD.
SUITE 226
SCOTTSDALE, ARIZONA 85260-694

EQUIANT(ESJAZL815)
500 N. JUNIPER DRIVE
SUITE 100
CHANDLER, AZ 85226

FEDERAL EXPRESS
PO BOX 371461
PITTSBURGH, PA 15250-7461

GRAVIEL PICHARDO
CALLE RAFAEL ALERS
#111
SAN JUAN, PR 00979

GRAYBAR INTERNATIONAL P.R.
PO BOX 366261
SAN JUAN, PR 00936-6261

HIGH SPEED CAPITAL LLC
170STATE STREET
SUITE 4000
NEW YORK, NY 10004

INTERNATIONAL COFFEE VENDON
D/B/A GUSTOS COFFEE CO.
PO BOX 11277
SAN JUAN, PR 00922

GREEN CAPITAL FUNDING, LLC
116 NASSAU STREET, SUITE 804
NEW YORK, NY 10038

HOFFA MEDICAL CENTER
352 CALLE DEL PARQUE
SAN JUAN, PR 00912

IO PR ECO TOURS
PO BOX 20,000 PBM 433
CANOVANAS, PR 00729

GREGORY J KARLE
6845 WOODCREST RDG
CLARKSTON, MI 48346

HSK INDUSTRIES,INC.
4500 CARMICHAEL AVENUE
SARASOTA, FL 34234

IONA NIEVES
2480 THOMPSOM DR
MARRIOTTSVILLE, MD 21104

GUEST SUPPLY
PO BOX 6771
SOMERSET, NJ 08875-6771

HVP FOODS(HIJOLE)
PO BOX 582
CAGUAS, PR 00726

IPFS CORPORATION #36678
PO BOX 70134
SAN JUAN, PR 00936-8134

GWEN E. GLAUBACH
4530 BIESTERFIELD DR.
CHARLOTTE, NC 28216-3282

ICE AGE REFRIGERATION
QUINTA REAL 12307
TOA BALA, PR 00949

IRON MOUNTAIN
PO BOX 27128
NEW YORK, NY 10087-7128

HELMS BRISCOE CORP. ****
20875 NORTH 90TH PLACE
SUITE 210
SCOTTSDALE, AZ 85255

IGM CORP.
PMB 589
267 CALLE SIERRA MORENA
SAN JUAN, PR 00926-5583

IRVING ROSA

HENRY & BARBARA GODDARD
1480 NORTH WEST 8-0 AVE.
APT.405
MARGATE, FL 33063

IMPRESOS DE LA TORRE
CALLE 12 #321
URB. FLAMINGO HILLS
BAYAMON, PR 00957

J & M DEPOT, INC
PO BOX 29427
SAN JUAN, PR 00929-9427

HENRY LOWY
2685 HANFORD MILLS LANE
CHARLESTON, SC 29406

IMPRINT PLUS
21320 GORDON WAY
UNIT 260
RICHMOND BC, CANADA V6W1J8

JEANINE V. WAHRHEIT
112 HUBSON AVE
SAINT JAMES, NY 11780

HERIBERTO BERRIOS
VILLA CAROLINA
142-3 CALLE 409
CAROLINA, PR 00985-4020

INNOVATIVE HOSPITALITY CONCEPTS
2855 N UNIVERSITY DR, SUITE510
CORAL SPRING, FL 33065

JEFFREY GALM
69 RTE. 7
PINE PLAINS, NY 12567

JOHN GURAL
6 GINDA AVE.
CARTERET, NJ 07008-1610

LATITUDE SALES & MARKETING*****
606 MARKET STREET
CELEBRATION, FL 34747

MCCONELL VALDES
P.O.BOX 364225
SAN JUAN, PR 00936-4225

JONATHAN PORRATA & LIZ NAVARRO
CARR.8721 ESQ. CALLE MULATO
APT.601 LAS PRIMAVERAS
CAROLINA, PR 00983

LEDESMA & VARGAS,LLC
PO BOX 194089
SAN JUAN, PR 00919

MELLADO & MELLADO-VILLARRE
165 PONCE DE LEON AVE. SUITE 10
SAN JUAN, PR 00917-1235

JOSEPH KERSTEIN
5223 EHRLICH RD SUITE B
TAMPA, FL 33624

LIBERTY
PO BOX 71496
SAN JUAN, PR 00936

MENACO CORPORATION
PO BOX 70183
SAN JUAN, PR 00936-8183

JUAN RAMIREZ MIRANDA
URB. LOS SOSA #8
CABO ROJO, PR 00623

LIBERTY BUSINESS #ESJBLUE
LIBERTY CABLEVISION OF P.R.
PO BOX 71496
SAN JUAN, PR 00936-8596

MERCEDES TIPIANI
1751 W. 5050 S.
ROY, UT 84067

K-R IMPORTS INC.
3105 TERRALINDA COURT
TRUJILLO ALTO, PR 00976

LIBERTY CABLEVISION OF PR
PO BOX 71496
SAN JUAN, PR '00936-9699

MICHAEL FIORETTI
26 DOWNING ST
CHERRY HILL, NJ 08003

KALAMATA CAPITAL GROUP, LLC
7315 WISCONSIN AVE. 550E
BETHESDA, MD 20814

LILIAM A GARZON
3451 NE 1ST AVENUE
APT. M703
MIAMI, FL 33137

MICHAEL SCHWIND
2347 W. SHADOW GLEN CT
PHOENIX, AZ 85086

KATHY OLTAIN
3501 NW 23RD. CT
LAUDERDALE LAKES, FL 33311

LOOMIS PUERTO RICO, INC
PO BOX 70282
SAN JUAN, PR 00936-8282

MONTEQUIN DISTRIBUTORS INC
PO BOX 11269
SAN JUAN, PR 00922-1269

KENETHN MOSCATELLI
PO BOX 726
SAGAMORE, MA 02561

LUIS OLIVERO
VALLE ARRIBA HEIGHTS
CALLE 124 BW-12
CAROLINA, PR 00983

MOVIE BEAM/VALUABLE TECHNO
440 SYLVAN AVE.
SUITE 170
ENGLEWOOD CLIFFS, NJ 07632-27

LABORATORIO CLINICO PASEOS
PO BOX 14334
SAN JUAN, PR 00916

MASTER TOWELS LINEN & MORE
HC-50 BOX 20904
SAN LORENZO, PR 00754

MULTINATIONAL LIFE INSURANC
PO BOX 366107
SAN JUAN, PR 00936-6107

O'NEILL & BORGES LLC
AMERICAN INTERNATIONAL PLAZA
250 MU OZ RIVERA AVE STE 800
SAN JUAN, PR 00918-1813

PARLIAMENT CAPITAL
1511 PONCE DE LEON - CIUDADELA
TORRE 1000, SUITE 6-A
SAN JUAN, PR 00936

RAFAEL OLIVO
2722 FENTON AVE.
BRONX, NY 10469

OLDACH
PO BOX 364603
SAN JUAN, PR 00936-4603

PARLIAMENT CAPITAL MANEGEMENT, LLCCR PR
1511 PONCE DE LEON
SUITE 6-A
SAN JUAN, PR 00909

RCCR PR
6165 ISLA VERDE AVE
SUITE 2200
CAROLINA, PR 00979

ORIENTAL BANK
254 MU OZ RIVERA AVE.
SAN JUAN, PR 00918

PATRICIA SEVER
44 PLUM AVE.
CARBONDALE, PA 18407

RCI
9998 MICHIGAN ROAD
CARMEL, IN 46032

ORIENTAL BANK
254 MU OZ RIVERA AVE.
SAN JUAN, PR 00918

PEDRO L. CARMONA, INC
REPARTO MONTEREY #5
CALLE ACACIA SUITE 205
SAN JUAN, PR 00902

RCI*****
9998 MICHIGAN ROAD
CARMEL, IN 46032

ORIENTAL BANK CREDIT CARD
254 MUNOZ RIVERA AVE.
ESQ. AVE. CHARDON
HATO REY, PR 00918

PLATOS RESTAURANT & BAR
2 CALLE ROSA
CAROLINA, PR 00979

REAL BUSSINESS PERSONNEL C
1605 AVE PONCE DE LEON
SAN MARTIN BLGD.STE 506
SAN JUAN, PR 00909

ORIENTAL BANK CREDIT CARD
254 MUNOZ RIVERA AVE.
ESQ. AVE. CHARDON
HATO REY, PR 00918

PRINCESA GASTRO BAR, INC
2 PASEO DE LA PRINCESA
CALLE SHRMBERG
SAN JUAN, PR 00901

REGION CAPITAL
400 AVENUE E
BROOKLYN, NY 11223

P.R. HOTEL & TOURISM ASSOC*****
DORAL BANK PLAZA
CALLE RESOLUCION #33 SUITE 701-B
SAN JUAN, PR 00920

PUERTO RICO FOOD & PAPER INC
PO BOX 535
BAYAMON, PR 00960-0535

RENE FLORES ACU A,PE
GLORIMAR 19
SAN JUAN, PR 00926

PACKERS PROVISION CO.
GSRDEN HILLS PKAZA PMB342
#1353 AVE LUIS VOGOREAYX
GUAYNABO, PR 00966-2718

PURCHASE POWER/PITNEY BOWES
PO BOX 371874
PITTSBURGH, PA 15250-7874

RESORT DATA PROCESSING, IN
PO BOX 1170
VAIL, CO 81658

PALM TREE RENTAL & DISTRIBUTION INC
COND PLAYA BLANCA
5245 AVE. ISLA VERDE APT 802
CAROLINA, PR 00979

PURCHASNG POWER HOUSE ,LLC
PO BOX 810571
BOCA RATON, FL 33481

RESORT DATA PROCESSING, INR
PO BOX 1170
VAIL, CO 81658

RESTAURANTE BARRACHINA
104 CALLE FORTALEZA
SAN JUAN, PR 00901

SECRETARIO DE HACIENDA

THE STAR GROUP & COMPANYIN
1103 BEECH MOUNTAIN PARKWA
BEECH MOUNTAIN, NC 28604

RICARDO PEREZ SANCHEZ
5054 AVE RAMON RIOS ROMAN
TOA BAJA, PR 00952

SIMON JOHNSON
3803 CANARY CT
NORTH CHARLESTON, SC 29420

TRAVELCLICK
PO BOX 71199
CHICAGO, IL 60694-1199

RICHARD COSGROVE
PO BOX 18046
HAUPPAUGE, NY 11788-8846

SPARTAN STAFFING PUERTO RICO
PO BOX 534549
ATLANTA, GA 30353-4549

TRIPADVISOR
400 1ST AVE.
NEEDHAM, MA 02494

RICOH PUERTO RICO, INC
PO BOX 71459
SAN JUAN, PR 00936-8559

SPECTRIO
SPECTRIO
PO BOX 8'0090271
CHARLOTTE, NC 28289-0271

TRIPLE-S SALUD, INC.******
PO BOX 71548
SAN JUAN, PR 00936-8648

RL LEGAL & CONSULTIG SERVICES LLC
AVE HOSTOS #430 (ALTOS)
URB EL VEDADO
SAN JUAN, PR 00918-3016

STATE INDUSTRIAL PRODUCTS CORP.
P.O. BOX 50025
SAN JUAN, PR 00902

TROPIGAS
PO BOX 70205
SAN JUAN, PR 00936-8205

ROBERT LEVOW
809 CALISTE DRIVE
WAKE FOREST, NC 27587-9536

T.H. DISTRIBUTOR
URB. LOIZA VALLEY
CALLE GLADIOLA B-98
CANOVANAS, PR 00729

UNIGUEST
2'00926 KRAFT DRIVE
NASHVILLE, TN 37204

ROGER ALGER

TAINA VICTORIA PEREIRA
COND CAGUAS TOWER
APT 503
CAGUAS, PR 00725

UNIVERSAL LIFE***
PO BOX 2145
SAN JUAN, PR 00922-2145

RONALD INGEMIE
25 BURNAP STREET
FITCHBURG, MA 01420

TEN APPLIANCES
PO BOX 360587
SAN JUAN, PR 00936

US SMALL BUSINESS ADMINIST
ADMINISTRATOR
WASHINGTON, DC 20416

SCANNER OVERSEAS OF PR.,INC
212 MANUEL CAMU AS ST.
SUITE 100
SAN JUAN, PR 00918-1407

THE NEW YORK TIMES/TIMES DIGEST
PO BOX 392054
PITTSBURGH, PA 15251-9054

VENTURE TRANSPORTATION NEC
NETWORK, CORP
PO BOX 79129
CAROLINA, PR 00984

VICTOR  OLAZAGASTI
009011 STOCKTON COURT
ORLANDO, FL 32817-1395


VINCENT  MARTINEZ
2065 1ST AVENUE
APT. 11F
NEW YORK, NY 10029


VIVALDI  SERVICIOS  DE  SEGURIDAD
185 ROOSEVELT PLAZA
STE. 101
SAN JUAN, PR 00917


WALKING  ON  WATER  SURFING
COND VERDE MAR
AVE. ISLA VERDE APT. 104
CAROLINA, PR 00987


WHITE  RHINO,  INC.
SUITE 112 MSC-208
100 GRAND BOULEVARD PASEOS
SAN JUAN, PR 00926


WHITE  RHINO,  INC.
SUITE 112 MSC-208
100 GRAND BOULEVARD PASEOS
SAN JUAN, PR 00926


WORLD  INTERDATA  SOLUTIONS,  INC.
PO BOX 367179
SAN JUAN, PR 00936

# United States Bankruptcy Court
## District of Puerto Rico

In re __**ESJ Towers, Inc.**_____

Debtor(s)

Case No. _____

Chapter   __**11**_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**ESJ Towers, Inc.**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 10, 2022**_____

Date

**/s/ Charles A. Cuprill**_____

**Charles A. Cuprill**

Signature of Attorney or Litigant

Counsel for   **ESJ Towers, Inc.**_____

**Charles A. Cuprill, PSC Law Offices**

**356 Fortaleza Stree (2nd Floor)**
**San Juan, PR 00901**
**787-977-0515**
**ccuprill@cuprill.com**