# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

**IN RE:**

**ESJ TOWERS , INC**

         **Debtor**

**CASE NO.  22-01676-ESL**

**CHAPTER 11**

---

### MOTION SUBMITTING AMENDED SCHEDULES A/B, D, E/F AND STATEMENT OF FINANCIAL AFFAIRS

**TO THE HONORABLE COURT:**

COMES NOW Debtor, through its undersigned counsel and pursuant to Local Bankruptcy Rule 1009-1, submits its Amended Schedules A/B, D, E/F and the Statement of financial affairs in order to correct addresses, amounts, add creditors and legal actions pending and concluded.

**WHEREFORE,** it is respectfully requested that notice of the above be taken.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Office of the United States Trustee, and all CM/ECF participants

San Juan, Puerto Rico, this 29th day of June 2022.

*s*/ **CHARLES A. CUPRILL–HERNÁNDEZ**
**USDC-PR 114312**
Charles A. Cuprill, P.S.C., Law Offices
356 Fortaleza Street, Second Floor
San Juan, PR  00901
Tel.:  (787) 977–0515
Fax:  (787) 977–0518
E–Mail: ccuprill@cuprill.com

**Fill in this information to identify the case:**

Debtor name    **ESJ Towers, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

■ Amended *Schedule*    **Statement of Financial Affairs**

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 29, 2022**          X */s/ Keith St. Clair*
                                          Signature of individual signing on behalf of debtor

                                          **Keith St. Clair**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **ESJ Towers, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number (if known): _____

■ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ACRECENT FINANCIAL CORPORATION PO BOX 363372 San Juan, PR 00936 | | CAPITAL LEASE | | | | $210,651.08 |
| AMERICAN EXPRESS #31001 RS PO Box 981535 El paso, TX 9998-1535 | | CREDIT CARD PURCHASES | Unliquidated Disputed | | | $318,819.26 |
| American Express - Merchant Financing Lo PO Box 981535 El paso, TX 9998-1535 | | LOAN | | | | $139,078.00 |
| AUTORIDAD DE ENERG. ELECT PO Box 363508 San Juan, PR 00936-3508 | | POWER SERVICES | Unliquidated Disputed | | | $811,054.77 |
| BALLESTER HERMANOS PO BOX 364548 San Juan, PR 00936-4548 | | TRADE DEBT | | | | $80,215.76 |
| BANCO POPULAR Credit Cards Division de Producto de Tarjetas PO Box 363228 San Juan, PR 00936-3228 | | | Unliquidated Disputed | | | $71,555.40 |

| Debtor | **ESJ Towers, Inc.** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **BMF CAPITAL 1820 Avenue M, Suite 125 BROOKLYN, NY 11230** | | **LOAN** | **Unliquidated Disputed** | | | **$200,000.00** |
| **Departamento de Hacienda PO Box 9024140 San Juan, PR 00902** | | **Income Tax Withholdings - Payroll** | | | | **$310,291.30** |
| **Departamento de Hacienda PO Box 9024140 San Juan, PR 00902** | | **Sales & Use Tax** | | | | **$220,576.82** |
| **Departamento de Hacienda PO Box 9024140 San Juan, PR 00902** | | **Corporation Income Tax** | | | | **$450,097.41** |
| **Departamento de Hacienda PO Box 9024140 San Juan, PR 00902** | | **Professional Fees Withholdings** | | | | **$383,563.07** |
| **ESJ TOWERS CONDOMINIUM ASSOC 6165 Isla Verde Ave. Carolina, PR 00979** | | **ASSOCIATION FEES** | **Subject to Setoff** | | | **$3,397,771.68** |
| **ESJ TOWERS CONDOMINIUM ASSOC 6165 Isla Verde Ave. Carolina, PR 00979** | | **RENT** | **Subject to Setoff** | | | **$1,202,670.00** |
| **GREEN CAPITAL FUNDING, LLC 116 Nassau Street, Suite 804 NEW YORK, NY 10038** | | **LOAN** | **Unliquidated Disputed** | | | **$500,000.00** |
| **LIBERTY CABLEVISION OF PR PO BOX 71496 San Juan, PR '00936-9699** | | **CABLE SERVICES** | | | | **$74,396.22** |
| **McCONELL VALDES P.O.BOX 364225 San Juan, PR 00936-4225** | | **PROFESSIONAL FEES** | | | | **$146,784.06** |

Debtor   **ESJ Towers, Inc.**                                    Case number *(if known)* _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Oriental Bank 254 Munoz Rivera Ave. San Juan, PR 00918** | | **Debtor's Realty - Hotel and Timeshare Units Debtor's Gross Revenues, Account Collateral, Leases Rents, Pledge Sahres, and all other Real and Persone** | | **$5,876,298.76** | **$1,394,320.46** | **$4,481,978.30** |
| **Parliament Capital Manegement, LLC 1511 Ponce De Leon Suite 6-A San Juan, PR 00909** | | **LOAN** | **Contingent** | | | **$6,572,379.81** |
| **REGION CAPITAL 400 Avenue E BROOKLYN, NY 11223** | | | **Unliquidated Disputed** | | | **$100,000.00** |
| **US SMALL BUSINESS ADMINISTRATION Administrator WASHINGTON, DC 20416** | | **LOAN** | | | | **$500,000.00** |

**Fill in this information to identify the case:**

Debtor name    **ESJ Towers, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known) _____

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $    **11,800,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................... $    **24,034,892.85**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................... $    **35,834,892.85**

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **19,821,878.86**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $    **960,432.19**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................... +$    **16,832,315.90**

4. **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b           $    **37,614,626.95**

**Fill in this information to identify the case:**

Debtor name     **ESJ Towers, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)  _____

■ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property         12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Oriental Bank - Operating** | **Cheking** | **8448** | $0.00 |
| 3.2. | **Otiental Bank - Payrolll** | **Cheking** | **6018** | $0.00 |
| 3.3. | **Oriental Bank - Timeshare** | **Cheking** | **7877** | $78,281.42 |
| 3.4. | **Oriental Bank - Acrecent** | **Cheking** | **0121** | $0.00 |
| 3.5. | **Banco Popular de Puerto Rico -** | **Cheking** | **3500** | $182,412.41 |
| 3.6. | **Oriental Bank - Construction** | **Cheking** | **5536** | $20,547.77 |

Debtor   **ESJ Towers, Inc.**                                    Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| 3.7. | **Oriental Bank - AP Reserve** | Reserve | 1392 | $241,235.31 |
| 3.8. | **Oriental Bank - Debt Service** | Reserve | 7170 | $0.00 |

**4.**      **Other cash equivalents** *(Identify all)*

**5.**      **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $522,476.91 |

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.**      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Deposit Public Utilities** | $1,632.00 |

| 7.2. | **Security Deposits - Acrecent Financial Corporation** | $190,049.85 |

**8.**      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**      **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| $191,681.85 |

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.**      **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 24,666.10 | - | 0.00 | = .... | $24,666.10 |
| 11a. 90 days old or less: | 1,601,735.88 | - | 0.00 | = .... | $1,601,735.88 |
| 11a. 90 days old or less: | 460,507.74 | - | 0.00 | = .... | $460,507.74 |

| Debtor | **ESJ Towers, Inc.** | Case number *(If known)* | |
| | Name | | |

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | **628,309.64** - | **0.00** = .... | **$628,309.64** |
| | face amount | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **1,184,371.61** - | **0.00** = .... | **$1,184,371.61** |
| | face amount | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **3,971,242.30** - | **1,985,621.15** = .... | **$1,985,621.15** |
| | face amount | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **3,041,292.33** - | **1,013,764.00** = .... | **$2,027,528.33** |
| | face amount | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **3,959,967.48** - | **0.00** = .... | **$3,959,967.48** |
| | face amount | doubtful or uncollectible accounts | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| **$11,872,707.93** |
|---|

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| | Food & Bev Inventory | 03/31/2022 | $10,050.05 | Acquisition Cost | $10,050.05 |
| | Housekeeping Inventory | 03/31/2022 | $3,472.33 | Acquisition Cost | $3,472.33 |
| | Office Supply | 03/31/2022 | $6,115.85 | Recent cost | $6,115.85 |
| 22. | Other inventory or supplies Timeshare Intervals for Sale | | $10,302,749.06 | Acquisition Cost | $10,302,749.06 |

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 3 |
|---|---|---|

Debtor   **ESJ Towers, Inc.**                                        Case number *(If known)* _____
              Name

23. **Total of Part 5.**                                                                    | $10,322,387.29 |

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Rooms FFE and Operating Equipment | $446,789.59 | Acquisition Cost | $449,789.59 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computers, Printers, Servers... | $675,849.28 | Acquisition Cost | $675,849.28 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                    | $1,125,638.87 |

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

| Debtor | **ESJ Towers, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **ESJ Tower**<br>**6165 Isla Verde Ave.** | Owner | $6,970,403.30 | Expert | $11,800,000.00 |

56.     **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $11,800,000.00 |
|---|

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **ESJ Towers, Inc.**
Name

Case number *(If known)* _____

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $522,476.91 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $191,681.85 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $11,872,707.93 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,322,387.29 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,125,638.87 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $11,800,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $24,034,892.85 | + 91b. $11,800,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $35,834,892.85 |

**Fill in this information to identify the case:**

Debtor name **ESJ Towers, Inc.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known)

■ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Acrecetn Financial Corporation**<br>Creditor's Name<br><br>**PO Box 363372**<br>**San Juan, PR 00936-3372**<br>Creditor's mailing address<br><br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**February 2018**<br>**Last 4 digits of account number**<br>**3130**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Notes Receivables Originated with Credit Sale of Debtor's Vacation Club Membership**<br><br>**Describe the lien**<br>**Assigment of Proceeds - Vacation Club Membership Credit Sale Collections**<br>**Is the creditor an insider or related party?**<br>☐ No<br>■ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$340,002.00** | **$1,621,267.87** |
| **2.2** **C.R.I.M.**<br>Creditor's Name<br><br>**PO Box 195387**<br>**San Juan, PR 00919-5387**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2019-2022**<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**Debtor's Realty - Hotel and Timeshare Units**<br><br>**Describe the lien**<br>**Mortgage Statutory Lien for CRIM Fiscal Years 2019 to 2022**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$278,351.16** | **$11,800,000.00** |

Debtor **ESJ Towers, Inc.**

Name

Case number *(if known)*

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Colebrook Financial Company, LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**100 Riverview Center Suite 203 Middletown, CT 06457**

Creditor's mailing address

| | | **Describe debtor's property that is subject to a lien** | $3,199,898.56 | $3,959,967.48 |
|---|---|---|---|---|

**Notes Receivables Originated with Credit Sales of Debtor's Vacation Club Membership Intervals**

**Describe the lien**

**Assigment of Proceeds - Vacation Club Membership Credit Sale Collection**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Oriental Bank** | | | |
|---|---|---|---|---|

Creditor's Name

**254 Mu oz Rivera Ave. San Juan, PR 00918**

Creditor's mailing address

| | | **Describe debtor's property that is subject to a lien** | $10,127,328.38 | $10,127,328.38 |
|---|---|---|---|---|

**Debtor's Realty - Hotel and Timeshare Units Debtor Gross Revenues, Account Receivable, Pledged Shares, and personal property**

**Describe the lien**

**Mortgage and Other Security Agreements**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**patrick.haggarty@orientalbank.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**May 2018**

**Last 4 digits of account number**

**7561**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Oriental Bank** | **Describe debtor's property that is subject to a lien** | $5,876,298.76 | $1,394,320.46 |
|---|---|---|---|---|

---

Debtor    **ESJ Towers, Inc.**
_____
Name

Case number (if known) _____

| Creditor's Name | |
|---|---|
| | **Debtor's Realty - Hotel and Timeshare Units Debtor's Gross Revenues, Account Collateral, Leases Rents, Pledge Sahres, and all other Real and Personel Propertiy** |

**254 Munoz Rivera Ave. San Juan, PR 00918**
Creditor's mailing address

**Describe the lien**
**Mortgage and Other Security Agreements**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**December 2020**
**Last 4 digits of account number**
**7564**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$19,821,878. 86** |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

**Fill in this information to identify the case:**

Debtor name  **ESJ Towers, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO

Case number (if known)

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Compania de Turismo**<br>**PO Box 9024000**<br>**San Juan, PR 00902-4000** | $46,001.00 | $40,228.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2021-2022**

Basis for the claim:
**Room Tax**

Last 4 digits of account number **0014**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Departamento de Hacienda**<br>**PO Box 9024140**<br>**San Juan, PR 00902** | $383,563.07 | $302,674.76 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019-2021**

Basis for the claim:
**Professional Fees Withholdings**

Last 4 digits of account number **2064**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

52350

| Debtor | **ESJ Towers, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**Departamento de Hacienda**<br>**PO Box 9024140**<br>**San Juan, PR 00902** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$310,291.30** | **$242,332.26** |
| | Date or dates debt was incurred<br>**2019-2021** | Basis for the claim:<br>**Income Tax Withholdings - Payroll** | | |
| | Last 4 digits of account number **2064**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.4 | Priority creditor's name and mailing address<br>**Departamento de Hacienda**<br>**PO Box 9024140**<br>**San Juan, PR 00902** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$220,576.82** | **$125,473.58** |
| | Date or dates debt was incurred<br>**2019-2020** | Basis for the claim:<br>**Sales & Use Tax** | | |
| | Last 4 digits of account number **2064**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | | |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**ACRECENT FINANCIAL CORPORATION**<br>**PO BOX 363372**<br>**San Juan, PR 00936** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$210,651.08** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **CAPITAL LEASE**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**ADVANCE CONSTRUCTION**<br>**CALLE ALDEA # 1258**<br>**EDIF. UNICA, STE 400**<br>**SANTURCE, PR 00907** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | **$11,185.99** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.3 | Nonpriority creditor's name and mailing address<br>**AERONET (ACC#17309)**<br>**PO BOX 270013**<br>**San Juan, PR 00928** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$799.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **ESJ Towers, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,000.00** |
|---|---|---|---|

**AGM GROUP ENGINEERING CORP.**
**RR5 BOX 8418 SUITE 3**
**BAYAMON, PR 00956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,039.50** |
|---|---|---|---|

**AGUA SUPREMA**
**HC 2 BOX 5830**
**COMERIO, PR 00782**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$427.00** |
|---|---|---|---|

**AIG INSURANCE COMPANY**
**PO BOX 10181**
**San Juan, PR 00908-1181**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$287.86** |
|---|---|---|---|

**ALEXANDER MAYS**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,016.00** |
|---|---|---|---|

**ALM ENGINEERING, PSC**
**FLOR DE MAR 115 RIVER GARDEN**
**CANOVANAS, PR 00729**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64.17** |
|---|---|---|---|

**AMERCAN EXPRESS RS#81006**
**PO Box 981535**
**El paso, TX 9998-1535**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$318,819.26** |
|---|---|---|---|

**AMERICAN EXPRESS #31001 RS**
**PO Box 981535**
**El paso, TX 9998-1535**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  CREDIT CARD PURCHASES

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | ESJ Towers, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.11** Nonpriority creditor's name and mailing address

**AMERICAN EXPRESS **1001**
PO Box 981535
El paso, TX 9998-1535

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$4,350.13**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

**American Express - Merchant Financing Lo**
PO Box 981535
El paso, TX 9998-1535

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$139,078.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __LOAN__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

**AMILCAR RAMIREZ
220 CAMINO DEL GUAYACAN
SABANERA DEL RIO
GURABO, PR 00778**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$500.00**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

**ANDREW POLITO
8 BRAYTON RD
CARMEL, NY 10512**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$450.29**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

**ANGEL CARRASQUILLO FERNANDEZ
CALLE SAN FERNANDO F-19
URB. MARIOLGA
CAGUAS, PR 00727**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$4,495.00**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

**ANTHONY J. GIORDANO
79 TOBY DRIVE
SUCCASUNNA, NJ 07876**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$715.00**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address

**APOLINAR CRUZ
THE VILLAGE AT THE HILL
CALLE VARADERO #45
CEIBA, PR 00735**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$910.00**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$317.78** |
|---|---|---|---|

**APPLIANCE PARTS IMPORTS**
**PO BOX 810107**
**CAROLINA, PR 00981**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,637.93** |
|---|---|---|---|

**ASCAP****
**21678 NETWORK PLACE**
**CHICAGO, IL 60673-1216**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**AT&T(641-5151) / 787-791-5151 CUADRO**
**PO BOX 70261**
**San Juan, PR 00936-8261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$385,050.00** |
|---|---|---|---|

**ATWH MANAGEMENT**
**6165 ISLA VERDE AVE**
**Carolina, PR 00979**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$811,054.77** |
|---|---|---|---|

**AUTORIDAD DE ENERG. ELECT**
**PO Box 363508**
**San Juan, PR 00936-3508**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __POWER SERVICES__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80,215.76** |
|---|---|---|---|

**BALLESTER HERMANOS**
**PO BOX 364548**
**San Juan, PR 00936-4548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __TRADE DEBT__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$495.24** |
|---|---|---|---|

**BALLHER CORP.**
**705 PONCE DE LEON**
**San Juan, PR 00907**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | ESJ Towers, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71,555.40** |
|---|---|---|---|
| | **BANCO POPULAR Credit Cards** | ☐ Contingent | |
| | **Division de Producto de Tarjetas** | ■ Unliquidated | |
| | **PO Box 363228** | ■ Disputed | |
| | **San Juan, PR 00936-3228** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **BANCO POPULAR Credit Cards** | ☐ Contingent | |
| | **Division de Producto de Tarjetas** | ■ Unliquidated | |
| | **PO Box 363228** | ■ Disputed | |
| | **San Juan, PR 00936-3228** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,638.84** |
|---|---|---|---|
| | **BANCO POPULAR Credit Cards** | ☐ Contingent | |
| | **Division de Producto de Tarjetas** | ■ Unliquidated | |
| | **PO Box 363228** | ■ Disputed | |
| | **San Juan, PR 00936-3228** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,418.01** |
|---|---|---|---|
| | **BENITEZ AVIATION INC.** | ☐ Contingent | |
| | **PO BOX 193312** | ■ Unliquidated | |
| | **San Juan, PR 00919-3312** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$185.94** |
|---|---|---|---|
| | **BETH MARGOLIN** | ☐ Contingent | |
| | **28670 BRISTOL CT** | ■ Unliquidated | |
| | **FARMINGTON, MI 48334** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|
| | **BMF CAPITAL** | ☐ Contingent | |
| | **1820 Avenue M, Suite 125** | ■ Unliquidated | |
| | **BROOKLYN, NY 11230** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **LOAN** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54,299.95** |
|---|---|---|---|
| | **BOOKING.COM** | ☐ Contingent | |
| | **LOCKBOX #5295** | ■ Unliquidated | |
| | **5295 PAYSPHERE CIRCLE** | ■ Disputed | |
| | **CHICAGO, IL 60674** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | ESJ Towers, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.32**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,695.00 |
|---|---|---|
| **BRIAN HOSTELLER**<br>**10132 SYCAMORE HOLLOW LANE**<br>**GERMAN TOWN, MA 20876** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

**3.33**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,287.50 |
|---|---|---|
| **BRIGHT CLIENTS COMMUNICATION INC.**<br>**428 ESCORIAL AVE.**<br>**CAPARRA HEIGHTS**<br>**San Juan, PR 00920** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

**3.34**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,880.00 |
|---|---|---|
| **CACCIAMANI AND ROVER LLC**<br>**PO Box 16702**<br>**San Juan, PR 00908-6702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

**3.35**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,646.73 |
|---|---|---|
| **CAMPO RICO ADVENTURES, LLC**<br>**3103 ISLA VERDE AVE**<br>**CONDESA DEL MAR PH5**<br>**CAROLINA, PR 00979** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

**3.36**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,853.85 |
|---|---|---|
| **CARIBBEAN AIRPORT FACILITIES***<br>**AIRPORT OFFICE:SUITE#3**<br>**CARR.150 SECTOR CENTRAL**<br>**CAROLINA, PR 00979-1536** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

**3.37**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $683.81 |
|---|---|---|
| **CARIBBEAN CLIMBER CORP**<br>**URB. LOS ANGELES**<br>**2024 CALLE CELESTIAL**<br>**CAROLINA, PR 00979-1760** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

**3.38**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,316.00 |
|---|---|---|
| **CARIBBEAN CONCRETE SOLUTIONS**<br>**PO BOX 825**<br>**CAGUAS, PR 00726** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | ESJ Towers, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$391.40**

CARIBBEAN FOOD PRODUCTS CORP
PO BOX 513
PUERTO REAL, PR 00074-0513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,000.00**

CARIBBEAN HOTEL SUPPLIES
PO BOX 3687
MAYAGUEZ, PR 00681

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,290.50**

CARL JANSEN
289 FRIENDSHIP ROAD
CRANBURY, NJ 08512-5406

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00**

CARLOS VERA & LILLIAM MORALES
33 CIUDAD CAMPO
San Juan, PR 00926

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00**

CHARLIE ROSCOE
2227 WRENFORD RD.
UNIVERSITY HTS, OH 44118

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$478.00**

CLAIRE HOLT
314 HILLTOP LANE EAST
COLUMBUS, NJ 08022

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,344.83**

CLARO***
PO BOX 70366
San Juan, PR 00936-8366

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ESJ Towers, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$908.10** |
|---|---|---|---|

COMMTRAK******
17493 NASSAU COMMONS
LEWES, DE 19958

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,307.95** |
|---|---|---|---|

CONCEPCION PRODUCE INC.
P.O BOX 21231
San Juan,, P.R 00928-0000

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,899.41** |
|---|---|---|---|

CONSOLIDATED WASTE SERVICES CORP.
PO BOX 1322
GURABO, PR 00778

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,954.56** |
|---|---|---|---|

CORPORACION DEL FONDO
DEL SEGURO DEL ESTADO
PO Box 248
BAYAMON, PR 00960

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$646.80** |
|---|---|---|---|

COSVI
P.O. BOX 363428
San Juan, PR 00936-3428

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,297.03** |
|---|---|---|---|

CRAIG GANGLOFF
1331 Deep Water Drive
Mount Pleasant, SC 29464

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,500.00** |
|---|---|---|---|

CREATEK SOLUTIONS
PMB 209
PO BOX 7891
GUAYNABO, PR 00970-7891

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | ESJ Towers, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**DANIEL AGOSTO**
**CALLE BLANCA #29**
**PARADA 18**
**SANTURCE, PR 00909**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**DARRELL SWEENEY**
**613 SOUTH ROAD**
**TEMPLETON, MA 01468**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$840.00** |
|---|---|---|---|

**DAVID DANIEL RODRIGUEZ VARGAS**
**PO BOX 29911**
**San Juan, PR 00929**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41,643.30** |
|---|---|---|---|

**DE ANGEL & CIA**
**PO BOX 5460**
**CAGUAS, PR 00726-5460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$495.00** |
|---|---|---|---|

**DEBRA VENEY**
**9348 LAMBS CREEK CHURCH RD**
**KING GEORGE, VA 22485**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$450,097.41** |
|---|---|---|---|

**Departamento de Hacienda**
**PO Box 9024140**
**San Juan, PR 00902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2012 & 2018**

Basis for the claim:  **Corporation Income Tax**

Last 4 digits of account number  **2064**

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,676.91** |
|---|---|---|---|

**DESTILERIA NACIONAL INC.**
**URB. SAN PATRICIO**
**1 CALLE M RIVERA FERRER**
**GUAYNABO, PR 00988**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **ESJ Towers, Inc.**

Case number (if known) _____

Name

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $635.25 |

**DISTRIBUIDORA BLANCO**
**PO BOX 1'0092672**
**San Juan, PR 00919-2672**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $473.00 |

**DONNA PIRICH**
**14 CHARLES CIRCLE**
**ISLIP, NY 11751**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237.12 |

**EASY CHECKS CARIBBEAN INC**
**PO BOX 29857**
**San Juan, PR 00929-0857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,986.32 |

**ECOLAB MANUFACTURING INC**
**CALL BOX 60-7086**
**BAYAMON, PR 00960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $936.00 |

**EDD PRODUCTIONS & PROFESSIONALS**
**DJS**
**ESTANCIAS DE SAN PEDRO**
**T1 CALLE SAN GABRIEL**
**FAJARDO, PR 00738**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255.00 |

**EDWARD KORAB**
**76 CAROLYN AVE**
**COLONIA, NJ 07067**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.00 |

**ENVISION TECHNOLOGIES, INC**
**PMB 345**
**100 GRAND PASEO BLVD STE 112**
**San Juan, PR 00926-5955**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | Case number (if known) | |
| | Name | | |

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,083.61**

**EQUIANT(ESJAZL)**
**500 N. JUNIPER DRIVE**
**SUITE 100**
**CHANDLER, AZ 85226**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,643.97**

**EQUIANT(ESJAZL/CBK)**
**500 N. JUNIPER DRIVE**
**SUITE 100**
**CHANDLER, AZ 85226**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$470.32**

**EQUIANT(ESJAZL475)**
**500 N. JUNIPER DRIVE**
**SUITE 100**
**CHANDLER, AZ 85226**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$445.67**

**EQUIANT(ESJAZL815)**
**500 N. JUNIPER DRIVE**
**SUITE 100**
**CHANDLER, AZ 85226**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$327.74**

**EQUIFAX INFO SVCS PUERTO RICO**
**PO BOX 71221**
**CHARLOTTE, NC 28272-1221**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,397,771.68**

**ESJ TOWERS CONDOMINIUM ASSOC**
**6165 Isla Verde Ave.**
**Carolina, PR 00979**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **ASSOCIATION FEES**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,202,670.00**

**ESJ TOWERS CONDOMINIUM ASSOC**
**6165 Isla Verde Ave.**
**Carolina, PR 00979**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **RENT**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | ESJ Towers, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.74**

**Nonpriority creditor's name and mailing address**

**EVELYN YANCHIK**
**5966 DARBY ROAD**
**CICERO, NY 13039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$49.00**

---

**3.75**

**Nonpriority creditor's name and mailing address**

**EXPEDIA**
**333 108TH  AVE NE**
**ORLANDO, WA 32811**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$11,395.27**

---

**3.76**

**Nonpriority creditor's name and mailing address**

**FABRIXS**
**PO BOX 79198**
**CAROLINA, PR 00984**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$337.10**

---

**3.77**

**Nonpriority creditor's name and mailing address**

**FEDERAL EXPRESS**
**PO BOX 371461**
**PITTSBURGH, PA 15250-7461**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$192.76**

---

**3.78**

**Nonpriority creditor's name and mailing address**

**FERRETERIA GOMEZ RENTAS**
**PO BOX 911**
**GUAYNABO, PR 00970-0911**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,192.00**

---

**3.79**

**Nonpriority creditor's name and mailing address**

**FINE LINE TOURS**
**Calle Bienvenido Cruz**
**Rio Grande, PR 00745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,900.00**

---

**3.80**

**Nonpriority creditor's name and mailing address**

**FIRE SAFE, INC.**
**P.O. BOX 592**
**SAINT JUST, PR 00978-0592**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$9,380.30**

---

| Debtor | **ESJ Towers, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,497.85** |
| --- | --- | --- | --- |

**FIRST BANK (4371)**
**Ave. Ponce de Leaon 1519, Parada 23**
**Esq. Calle Del Parque**
**San Juan, PR 00908**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$541.49** |
| --- | --- | --- | --- |

**FRANCISCO J. MARRERO GUINOT**
**Flor de Mar 115, River Garden**
**Canovanas, PR 00729**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$910.00** |
| --- | --- | --- | --- |

**GLADYS RODRIGUEZ**
**PO BOX 1498**
**MAYAGUEZ, PR 00681**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$495.00** |
| --- | --- | --- | --- |

**GLENN BOWEN**
**82 SIMCOE DR**
**BELLESVILLE, ONTARIO K8N 4Z5**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,320.00** |
| --- | --- | --- | --- |

**GRAVIEL PICHARDO**
**CALLE RAFAEL ALERS**
**#111**
**San Juan, PR 00979**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$486.16** |
| --- | --- | --- | --- |

**GRAYBAR INTERNATIONAL P.R.**
**PO BOX 366261**
**San Juan, PR 00936-6261**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500,000.00** |
| --- | --- | --- | --- |

**GREEN CAPITAL FUNDING, LLC**
**116 Nassau Street, Suite 804**
**NEW YORK, NY 10038**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __LOAN__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | Case number (if known) | |
| | Name | |

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,020.00 |

**GREGORY J KARLE**
**6845 WOODCREST RDG**
**CLARKSTON, MI 48346**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.09 |

**GUEST SUPPLY**
**PO BOX 6771**
**SOMERSET, NJ 08875-6771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.00 |

**GWEN E. GLAUBACH**
**4530 BIESTERFIELD DR.**
**CHARLOTTE, NC 28216-3282**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,355.90 |

**HELMS BRISCOE CORP. ****
**20875 NORTH 90TH PLACE**
**SUITE 210**
**SCOTTSDALE, AZ 85255**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |

**HENRY & BARBARA GODDARD**
**1480 NORTH WEST 8-0 AVE.**
**APT.405**
**MARGATE, FL 33063**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,360.00 |

**HENRY LOWY**
**2685 HANFORD MILLS LANE**
**CHARLESTON, SC 29406**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $390.00 |

**HERIBERTO BERRIOS**
**VILLA CAROLINA**
**142-3 CALLE 409**
**CAROLINA, PR 00985-4020**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | ESJ Towers, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.95**

Nonpriority creditor's name and mailing address

**High Speed Capital LLC**
**170State Street**
**Suite 4000**
**NEW YORK, NY 10004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1.00**

---

**3.96**

Nonpriority creditor's name and mailing address

**HOFFA MEDICAL CENTER**
**352 CALLE DEL PARQUE**
**San Juan, PR 00912**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$657.00**

---

**3.97**

Nonpriority creditor's name and mailing address

**HSK INDUSTRIES,INC.**
**4500 CARMICHAEL AVENUE**
**SARASOTA, FL 34234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$13,000.00**

---

**3.98**

Nonpriority creditor's name and mailing address

**HVP FOODS(HIJOLE)**
**PO BOX 582**
**CAGUAS, PR 00726**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,200.00**

---

**3.99**

Nonpriority creditor's name and mailing address

**ICE AGE REFRIGERATION**
**QUINTA REAL 12307**
**TOA BALA, PR 00949**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,982.80**

---

**3.100**

Nonpriority creditor's name and mailing address

**IGM CORP.**
**PMB 589**
**267 CALLE SIERRA MORENA**
**San Juan, PR 00926-5583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$106.91**

---

**3.101**

Nonpriority creditor's name and mailing address

**IMPRESOS DE LA TORRE**
**CALLE 12 #321**
**URB. FLAMINGO HILLS**
**BAYAMON, PR 00957**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$555.00**

---

| Debtor | ESJ Towers, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,558.33**

IMPRINT PLUS
21320 GORDON WAY
UNIT 260
RICHMOND BC, CANADA V6W1J8

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,997.50**

INNOVATIVE HOSPITALITY CONCEPTS
2855 N UNIVERSITY DR, SUITE510
CORAL SPRING, FL 33065

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,457.54**

INTERNATIONAL COFFEE VENDORS, INC
D/B/A GUSTOS COFFEE CO.
PO BOX 11277
San Juan, PR 00922

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,430.00**

IO PR ECO TOURS
PO BOX 20,000 PBM 433
CANOVANAS, PR 00729

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00**

IONA NIEVES
2480 THOMPSOM DR
MARRIOTTSVILLE, MD 21104

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

IPFS CORPORATION #36678
PO BOX 70134
San Juan, PR 00936-8134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,835.24**

Iron Mountain
PO Box 27128
NEW YORK, NY 10087-7128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **ESJ Towers, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** |
| | **IRVING ROSA** |

As of the petition filing date, the claim is: Check all that apply.                    **$5,925.00**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** |
| | **J & M DEPOT, INC** |
| | **PO BOX 29427** |
| | **San Juan, PR 00929-9427** |

As of the petition filing date, the claim is: Check all that apply.                    **$431.12**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** |
| | **JEANINE V. WAHRHEIT** |
| | **112 HUBSON AVE** |
| | **SAINT JAMES, NY 11780** |

As of the petition filing date, the claim is: Check all that apply.                    **$321.00**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** |
| | **JEFFREY GALM** |
| | **69 RTE. 7** |
| | **PINE PLAINS, NY 12567** |

As of the petition filing date, the claim is: Check all that apply.                    **$975.00**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** |
| | **JOHN GURAL** |
| | **6 GINDA AVE.** |
| | **CARTERET, NJ 07008-1610** |

As of the petition filing date, the claim is: Check all that apply.                    **$510.00**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** |
| | **JONATHAN PORRATA & LIZ NAVARRO** |
| | **CARR.8721 ESQ. CALLE MULATO** |
| | **APT.601 LAS PRIMAVERAS** |
| | **CAROLINA, PR 00983** |

As of the petition filing date, the claim is: Check all that apply.                    **$518.00**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** |
| | **JOSEPH KERSTEIN** |
| | **5223 EHRLICH RD SUITE B** |
| | **TAMPA, FL 33624** |

As of the petition filing date, the claim is: Check all that apply.                    **$31.00**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **ESJ Towers, Inc.**           Case number *(if known)* _____
Name

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,875.00**

**JUAN RAMIREZ MIRANDA**
**URB. LOS SOSA #8**
**CABO ROJO, PR 00623**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,169.39**

**K-R IMPORTS INC.**
**3105 TERRALINDA COURT**
**TRUJILLO ALTO, PR 00976**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,882.71**

**KALAMATA CAPITAL GROUP, LLC**
**7315 Wisconsin Ave. 550E**
**BETHESDA, MD 20814**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**KATHY OLTAIN**
**3501 NW 23RD. CT**
**LAUDERDALE LAKES, FL 33311**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$544,846.87**

**KEITH ST. CLAIR**
**6165 ISLA VERDE AVE.**
**Carolina, PR 00979**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ACCOUNT PAYABLE__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$935.00**

**KENETHN MOSCATELLI**
**PO BOX 726**
**SAGAMORE, MA 02561**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,715.00**

**LABORATORIO CLINICO PASEOS**
**PO BOX 14334**
**San Juan, PR 00916**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **ESJ Towers, Inc.**
Name

Case number (if known) _____

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,456.94**
---|---|---|---

**LATITUDE SALES & MARKETING*****
606 Market Street
Celebration, FL 34747

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,961.00**

**LEDESMA & VARGAS,LLC
PO BOX 194089
San Juan, PR 00919

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**LIBERTY BUSINESS #ESJBLUE
LIBERTY CABLEVISION OF P.R.
PO BOX 71496
San Juan, PR 00936-8596

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74,396.22**

**LIBERTY CABLEVISION OF PR
PO BOX 71496
San Juan, PR '00936-9699

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __CABLE SERVICES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**LILIAM A GARZON
3451 NE 1st AVENUE
APT. M703
MIAMI, FL 33137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27.39**

**LOOMIS PUERTO RICO, INC
PO BOX 70282
San Juan, PR 00936-8282

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00**

**LUIS OLIVERO
VALLE ARRIBA HEIGHTS
CALLE 124 BW-12
CAROLINA, PR 00983

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | Case number (*if known*) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$891.20** |
| --- | --- | --- | --- |

**MASTER TOWELS LINEN & MORE**
**HC-50 BOX 20904**
**SAN LORENZO, PR 00754**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146,784.06** |
| --- | --- | --- | --- |

**McCONELL VALDES**
**P.O.BOX 364225**
**San Juan, PR 00936-4225**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PROFESSIONAL FEES**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,403.66** |
| --- | --- | --- | --- |

**MELLADO & MELLADO-VILLARREAL**
**165 PONCE DE LEON AVE. SUITE 102**
**San Juan, PR 00917-1235**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$518.55** |
| --- | --- | --- | --- |

**MENACO CORPORATION**
**PO BOX 70183**
**San Juan, PR 00936-8183**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,375.00** |
| --- | --- | --- | --- |

**MERCEDES TIPIANI**
**1751 W. 5050 S.**
**ROY, UT 84067**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$455.00** |
| --- | --- | --- | --- |

**MICHAEL FIORETTI**
**26 DOWNING ST**
**CHERRY HILL, NJ 08003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43.00** |
| --- | --- | --- | --- |

**MICHAEL SCHWIND**
**2347 W. SHADOW GLEN CT**
**PHOENIX, AZ 85086**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,699.00** |
|---|---|---|---|

**MONTEQUIN DISTRIBUTORS INC.**
**PO BOX 11269**
**San Juan, PR 00922-1269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,890.00** |
|---|---|---|---|

**MOVIE BEAM/VALUABLE TECHNOLOGIES, INC**
**440 Sylvan Ave.**
**Suite 170**
**ENGLEWOOD CLIFFS, NJ 07632-2723**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$164.45** |
|---|---|---|---|

**MULTINATIONAL LIFE INSURANCE CO.**
**PO BOX 366107**
**San Juan, PR 00936-6107**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,234.10** |
|---|---|---|---|

**O'NEILL & BORGES LLC**
**AMERICAN INTERNATIONAL PLAZA**
**250 MU OZ RIVERA AVE STE 800**
**San Juan, PR 00918-1813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,975.00** |
|---|---|---|---|

**Oldach**
**PO Box 364603**
**San Juan, PR 00936-4603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54,266.91** |
|---|---|---|---|

**ORIENTAL BANK Credit Card**
**254 Munoz Rivera Ave.**
**Esq. Ave. Chardon**
**Hato Rey, PR 00918**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ORIENTAL BANK Credit Card**
**254 Munoz Rivera Ave.**
**Esq. Ave. Chardon**
**Hato Rey, PR 00918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor  **ESJ Towers, Inc.**                          Case number (if known) _____
_____
Name

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**P.R. HOTEL & TOURISM ASSOC*****
**DORAL BANK PLAZA**
**CALLE RESOLUCION #33 SUITE 701-B**
**San Juan, PR 00920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $702.85 |
|---|---|---|---|

**PACKERS PROVISION CO.**
**GSRDEN HILLS PKAZA PMB342**
**#1353 AVE LUIS VOGOREAYX**
**GUAYNABO, PR 00966-2718**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,692.11 |
|---|---|---|---|

**PALM TREE RENTAL & DISTRIUBUTION**
**INC**
**Cond Playa Blanca**
**5245 Ave. Isla Verde Apt 802**
**Carolina, PR 00979**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,572,379.81 |
|---|---|---|---|

**Parliament Capital Manegement, LLC**
**1511 Ponce De Leon**
**Suite 6-A**
**San Juan, PR 00909**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **LOAN**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,190.00 |
|---|---|---|---|

**PATRICIA SEVER**
**44 PLUM AVE.**
**CARBONDALE, PA 18407**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**PEDRO L. CARMONA, INC**
**Reparto Monterey #5**
**Calle Acacia Suite 205**
**San Juan, PR 00902**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

**PLATOS RESTAURANT & BAR**
**2 Calle Rosa**
**Carolina, PR 00979**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**PRINCESA GASTRO BAR, INC**
**2 Paseo de La Princesa**
**Calle Shrmberg**
**San Juan, PR 00901**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$244.80** |
|---|---|---|---|

**PUERTO RICO FOOD & PAPER INC**
**PO BOX 535**
**BAYAMON, PR 00960-0535**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,209.86** |
|---|---|---|---|

**PURCHASE POWER/PITNEY BOWES**
**PO BOX 371874**
**PITTSBURGH, PA 15250-7874**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,581.25** |
|---|---|---|---|

**PURCHASNG POWER HOUSE ,LLC**
**PO BOX 810571**
**BOCA RATON, FL 33481**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,076.00** |
|---|---|---|---|

**RAFAEL OLIVO**
**2722 FENTON AVE.**
**BRONX, NY 10469**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57,200.00** |
|---|---|---|---|

**RCCR PR**
**6165 ISLA VERDE AVE**
**SUITE 2200**
**CAROLINA, PR 00979**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,623.03** |
|---|---|---|---|

**RCI*****
**9998 MICHIGAN ROAD**
**CARMEL, IN 46032**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ESJ Towers, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,599.79** |
|---|---|---|---|

**REAL BUSSINESS PERSONNEL CORP**
**1605 AVE PONCE DE LEON**
**SAN MARTIN BLGD.STE 506**
**San Juan, PR 00909**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**REGION CAPITAL**
**400 Avenue E**
**BROOKLYN, NY 11223**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RENE FLORES ACU A,PE**
**GLORIMAR 19**
**San Juan, PR 00926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RESORT DATA PROCESSING, INC**
**PO BOX 1170**
**VAIL, CO 81658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|

**RESTAURANTE BARRACHINA**
**104 Calle Fortaleza**
**San Juan, PR 00901**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**RICARDO PEREZ SANCHEZ**
**5054  AVE  RAMON RIOS ROMAN**
**TOA BAJA, PR 00952**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,689.00** |
|---|---|---|---|

**RICHARD COSGROVE**
**PO BOX 18046**
**HAUPPAUGE, NY 11788-8846**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **ESJ Towers, Inc.**                                      Case number (if known) _____

_____
Name

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,635.64** |
|---|---|---|---|

**RICOH PUERTO RICO, INC**
PO BOX 71459
San Juan, PR 00936-8559

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,318.10** |
|---|---|---|---|

**RL LEGAL & CONSULTIG SERVICES LLC**
AVE HOSTOS  #430 (ALTOS)
URB EL VEDADO
San Juan, PR 00918-3016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,275.00** |
|---|---|---|---|

**ROBERT  LEVOW**
809 CALISTE DRIVE
WAKE FOREST, NC 27587-9536

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$894.50** |
|---|---|---|---|

**ROGER ALGER**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$625.00** |
|---|---|---|---|

**RONALD INGEMIE**
25 BURNAP STREET
FITCHBURG, MA 01420

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,243.00** |
|---|---|---|---|

**SCANNER OVERSEAS OF PR.,INC**
212 Manuel Camu as St.
Suite 100
San Juan, PR 00918-1407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,275.00** |
|---|---|---|---|

**SIMON JOHNSON**
3803 CANARY CT
NORTH CHARLESTON, SC 29420

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| Debtor | ESJ Towers, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.172**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **SPARTAN STAFFING PUERTO RICO**<br>PO BOX 534549<br>ATLANTA, GA 30353-4549 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.173**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $774.00 |
|---|---|---|
| **SPECTRIO**<br><br>PO BOX 80090271<br>CHARLOTTE, NC 28289-0271 | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.174**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|
| **STATE INDUSTRIAL PRODUCTS CORP.**<br>P.O. BOX 50025<br>San Juan, PR 00902 | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.175**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $952.00 |
|---|---|---|
| **T.H. DISTRIBUTOR**<br>URB. LOIZA VALLEY<br>CALLE GLADIOLA B-98<br>CANOVANAS, PR 00729 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.176**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **TAINA VICTORIA PEREIRA**<br>COND CAGUAS TOWER<br>APT 503<br>CAGUAS, PR 00725 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.177**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,266.00 |
|---|---|---|
| **Ten Appliances**<br>PO Box 360587<br>San Juan, PR 00936 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.178**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,760.00 |
|---|---|---|
| **THE NEW YORK TIMES/TIMES DIGEST**<br>PO BOX 392054<br>PITTSBURGH, PA 15251-9054 | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | ESJ Towers, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

**THE STAR GROUP & COMPANY, INC**
1103 Beech Mountain Parkway
Beech Mountain, NC 28604

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,951.48 |

**TRAVELCLICK**
PO BOX 71199
CHICAGO, IL 60694-1199

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,385.05 |

**TRIPADVISOR**
400 1ST AVE.
NEEDHAM, MA 02494

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**TRIPLE-S SALUD, INC.******
PO BOX 71548
San Juan, PR 00936-8648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,625.38 |

**Tropigas**
PO Box 70205
San Juan, PR 00936-8205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $823.41 |

**UNIGUEST**
2'00926 KRAFT DRIVE
NASHVILLE, TN 37204

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**UNIVERSAL LIFE*****
PO BOX 2145
San Juan, PR 00922-2145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500,000.00** |

**US SMALL BUSINESS ADMINISTRATION**
Administrator
WASHINGTON, DC 20416

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __LOAN__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |

**VENTURE TRANSPORTATION NETWORK CORP.**
NETWORK, CORP
PO BOX 79129
CAROLINA, PR 00984

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4.00** |

**VICTOR OLAZAGASTI**
009011 STOCKTON COURT
ORLANDO, FL 32817-1395

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$591.00** |

**VINCENT MARTINEZ**
2065 1ST AVENUE
APT. 11F
NEW YORK, NY 10029

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,591.68** |

**VIVALDI SERVICIOS DE SEGURIDAD**
185 ROOSEVELT PLAZA
STE. 101
San Juan, PR 00917

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,705.60** |

**WALKING ON WATER SURFING**
Cond Verde Mar
Ave. Isla Verde Apt. 104
Carolina, PR 00987

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,733.00** |

**WHITE RHINO, INC.**
SUITE 112 MSC-208
100 GRAND BOULEVARD PASEOS
San Juan, PR 00926

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ESJ Towers, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,316.08 |
|---|---|---|---|

**WORLD INTERDATA SOLUTIONS, INC.**
PO BOX 367179
San Juan, PR 00936

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 960,432.19 |
| **5b. Total claims from Part 2** | 5b. + | $ 16,832,315.90 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 17,792,748.09 |

**Fill in this information to identify the case:**

Debtor name **ESJ Towers, Inc.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known)

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$5,088,691.00** |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$8,252,018.19** |
| **For the fiscal year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$2,210,752,470.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **ESJ Towers, Inc.** | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Luis Otero Cruz v. ESJ Towers, Inc.** MAY2022-0002885 | **Collection of Money** | **DACO 50 CALLE NENADICH SUITE W.307 Mayaguez, PR 00682** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **STEVEN VEGA V. ESJ TOWERS, INC.** SJ2022-0011118 | **Collection of Money** | **DACO SAN JUAN PO BOX. 41059 MINILLAS STATION San Juan, PR 00940-1059** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **JOSE BERRIOS RIVERA V. ESJ TOWERS, INC.** BY2019CV01185 | **UNJUST DISMISSAL** | **COURT OF FIRST INSTANCE PO BOX 60619 Bayamon, PR 00960-6019** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | **PABLO CIERRA CRUZ V. ESJ TOWERS, INC.** CA2021CV02140 | **UNJUST DISMISSAL** | **COURT OF FIRST INSTANCE PO BOX 267 Carolina, PR 00986-0267** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. | **EDGAR FRONTERA TROCHE V. ESJ TOWERS, INC.** UADAU21-12a / A1-D1-DP-0198-20 | **UNJUST DISMISSAL** | **DEPARTMENT OF LABOR AND HUMAN RESOURCES 505, LUIS MUNOS RIVERA AVE. San Juan, PR 00917** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor **ESJ Towers, Inc.**           Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | GREEN CAPITAL FUNDING, LL; HIGH SPEED CAPITAL, LLC V. ESJ TOWERS, INC; ATWH; KEITH ST. CLAIR INDEX NO. 500718/2022 | Collection of Money | SUPREME COURT OF NEW YORK<br>60 CENTRE ST.<br>New York, NY 10007 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.7. | KALAMATA CAPITAL GROUP, LLC V. ESJ TOWERS, INC; KEITH ST. CLAIR INDEX NO. 525285/2021 | Collection of Money | SUPREME COURT OF NEW YORK<br>60 CENTRE ST.<br>New York, NY 10007 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.8. | RUTH LOPEZ ET ALS. V. ESJ TOWERS, INC. ET ALS. CA2020CV02328 | DECLARATORY JUDGMENT | COURT OF FIRST INSTANCE<br>PO BOX 267<br>Carolina, PR 00986-0267 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | CONSEJO DE TITULARES DEL CONDOMINIO ESJ TOWERS, ET ALS. V. CHUBB INSURANCE COMPANY OF PUERTO RICO ET ALS. CA2019CV03427 | Collection of Money | COURT OF FIRST INSTANCE<br>PO BOX 267<br>Carolina, PR 00986-0267 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | BRIDGE SECURITY SERVICES, INC. V. ESJ TOWERS, INC. ET ALS SJ2020CV04185 | Collection of Money | Court of First Instance of Puerto Rico<br>Superior Section of San Juan<br>PR | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | LETICIA HERNANDEZ V. ESJ TOWERS, INC. FA2017-1047 | Collection of Money | COURT OF FIRST INSTANCE<br>PO BOX 267<br>Carolina, PR 00986-0267 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | CARIBBEAN CONCRETE SOLUTIONS, LLC V. ESJ TOWERS, INC CA2021CV02094 | Collection of Money | COURT OF FIRST INSTANCE<br>PO BOX 267<br>Carolina, PR 00986-0267 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.13. | CARRION LAFFITTE CASELLAS V. CONSEJO DE TITULARES ESJ TOWERS; ESJ TOWERS, INC. CA2021CV02607 | Collection of Money | COURT OF FIRST INSTANCE<br>PO BOX 267<br>Carolina, PR 00986-0267 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | FIRST INSURANCE FUNDING UNA DIVISION DE LAKE FOREST BANK & TRUST COMPANY N.a. V. ESJ TOWERS INC. ET ALS. CA2021CV03109 | Collection of Money | COURT OF FIRST INSTANCE<br>PO BOX 267<br>Carolina, PR 00986-0267 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **ESJ Towers, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.15. | **CHANA COHEN ET AL. V. CONSEJO DE TITULARES ESJ; ET ALS.**<br>**C-SAN-2019-0004714;**<br>**C-SAN-2019-0004859;**<br>**C-SAN-2019-0005148;**<br>**C-SAN-2019-0005217;**<br>**C-SAN-2019-0005251**<br>**DACO CONSOLIDATE CASES** | **Collection of Money** | **DACO SAN JUAN**<br>**PO BOX. 41059**<br>**MINILLAS STATION**<br>**San Juan, PR 00940-1059** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.16. | **GERARDO CABALLERO V. ESJ TOWERS, INC.**<br>**ARE-2021-000288** | **Collection of Money** | **DACO**<br>**AVE. MIRAMAR, SUITE 7, CARR 2**<br>**Arecibo, PR 00612** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.17. | **AGM GROUP ENGINEERING, CORP. V. KEITH ST. CLAIR, ET ALS.**<br>**CA2021CV00856** | **Collection of Money** | **COURT OF FIRST INSTANCE**<br>**PO BOX 267**<br>**Carolina, PR 00986-0267** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.18. | **PALM TREE RENTAL & DISTRIBUTION, INC. V. ESJ TOWERS, INC.**<br>**CLAIM LETTER** | **Collection of Money** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | **ELISA BELEN RIOS SANTIAGO; DAMIAN MARRERO RIVERA V. ESK TOWERS, INC.**<br>**SAN-2019-0005718** | **Collection of Money** | **DACO SAN JUAN**<br>**PO BOX. 41059**<br>**MINILLAS STATION**<br>**San Juan, PR 00940-1059** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.20. | **VICTOR ORTEGA V. ESJ TOWERS, INC.**<br>**SAN-2018-0003392** | **Collection of Money** | **DACO SAN JUAN**<br>**PO BOX. 41059**<br>**MINILLAS STATION**<br>**San Juan, PR 00940-1059** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.21. | **SADIGG V. ST CLAIR, INC ET ALS.**<br>**20-01445 - ADC** | **DAMAGES** | **UNITED STATES DISTRICT COURT-PR**<br>**140 CARLOS E. CHARDON AVE.**<br>**San Juan, PR 00918** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. | **LISA MARIE GIBSON RODRIGUEZ V. MARE ST. CLARE HOTEL**<br>**CA2020CV01223** | **DAMAGES** | **COURT OF FIRST INSTANCE**<br>**PO BOX 267**<br>**Carolina, PR 00986-0267** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.23. | **RUTH LOPEZ V. KETIH ST. CLAIR AS PRESIDENT OF THE HOA ESJ TOWERS.**<br>**SAN-2021-0010363** | **VIOLATION OF RULES AND REGULATIONS** | **DACO SAN JUAN**<br>**PO BOX. 41059**<br>**MINILLAS STATION**<br>**San Juan, PR 00940-1059** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. | **KCS ENTERPRISES, INC. V. ST. CLAIR COLLECTION, LLC ET ALS.**<br>**CA2022CV00706** | **Collection of Money** | **COURT OF FIRST INSTANCE**<br>**PO BOX 267**<br>**Carolina, PR 00986-0267** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor  **ESJ Towers, Inc.** _____  Case number *(if known)* _____

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|--------------------------------------------|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

| Part 5: | Certain Losses |
|---------|----------------|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Charles A. Cuprill PSC Law Offices**<br>**356 Fortaleza St. 2nd Floor**<br>**San Juan, PR 00901** | | **04/17/2022** | **$75,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Around The World Holdings, LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------------------------|-----------------------------------|---------------------------|-----------------------|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor   **ESJ Towers, Inc.**                                      Case number *(if known)* _____

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **AGM Group Engineering, Corp.** **RR5 P.O. Box 8418, Suite 3** **Bayamon, PR 00956** | **F-150 Ford Truck** | **03/2022** | **$30,000.00** |
| | **Relationship to debtor** | | | |

---

## Part 7:   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

---

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    **ESJ Towers, Inc.**                                    Case number *(if known)*

---

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                     page **7**

| Debtor | **ESJ Towers, Inc.** | | Case number *(if known)* | |

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **Cesa E. Hernandez Monagas, Esq. CPA**<br>**6165 Isla Verde Ave.**<br>**Carolina, PR 00979** | **05/2021 - Present** |
| 26a.2. | **Virnaliz Santiago**<br>**6165 Isla Verde Ave.**<br>**Carolina, PR 00979** | **1996-04-2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. | **De Angel & Compania**<br>**PO Box 5460**<br>**Caguas, PR 00726-5460** | **2016-PResent** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Cesa E. Hernandez Monagas, Esq. CPA**<br>**6165 Isla Verde Ave.**<br>**Carolina, PR 00979** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | **ESJ Towers, Inc.** | | Case number *(if known)* | |

☐ None

| **Name and address** |
| 26d.1. | **Oriental Bank**<br>**254 Muñoz Rivera Ave.**<br>**San Juan, PR 00918** |
| 26d.2. | **Parliament Capital, LLC**<br>**1511 Ponce de Leon - Ciudadela**<br>**Torre 1000, Suite 6-A**<br>**San Juan, PR 00936** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Keith St. Clair | 6165 Isla Verde Ave.<br>Carolina, PR 00979 | President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cesa E. Hernandez Monagas, Esq. CPA | 6165 Isla Verde Ave.<br>Carolina, PR 00979 | Secretary / Treasurer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Austin Butler | PO Box 9241<br>San Juan, PR 00909 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Randall Graham | 40 N 1900 E.<br>Mapleton, UT 84664 | Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☐ No
    ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Virnaliz Santiago | 6165 Isla Verde Ave.<br>Carolina, PR 00979 | Secretary / Treasurer | 1996-4/2021 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor   **ESJ Towers, Inc.**                                         Case number *(if known)*

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See Attachment B** | **$172,144.90** | | |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Conexus Holdings Puerto Rico, LLC** | EIN:     **66-0835308** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 29, 2022**

**/s/ Keith St. Clair**                                          **Keith St. Clair**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

■ Yes