Exhibit A

**From:** Cesar Hernández <chernandez@atwholdings.com>
**Sent:** Wednesday, August 3, 2022 3:54 PM
**To:** Charles Cuprill <cacuprill@cuprill.com>
**Subject:** FW: RE: RE: RE: [#2612179] RE: [External] ESJ Towers, Inc.

Expedia nos suspendió el servicio por las facturas pendientes pre-quiebra. Ver email abajo.

Cesar

**CPA César E. Hernández Monagas, Esq.**
*Chief Financial Officer*

6165 Isla Verde Ave.
Carolina, PR 00979

chernandez@atwholdings.com
787.791.5151 ext. 89016 *tel*
787.642.2847 *mobile*
atwholdings.com



ATWH
AROUND THE WORLD
Holdings, LLC

**CONFIDENTIALITY NOTE:** This communication contains information belonging to the St Clair Collection entities, corporations, companies, business ventures, and their respective affiliates, subsidiaries, and assignees, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please notify us immediately.

**From:** expediacollections@expedia.com <expediacollections@expedia.com>
**Sent:** Wednesday, August 3, 2022 3:30 PM
**To:** Cesar Hernández <chernandez@atwholdings.com>; Gerardo Rodriguez <grodriguez@stclaircollection.com>
**Cc:** wschmeling@expediagroup.com; gsuro@expediagroup.com
**Subject:** RE: RE: RE: RE: [#2612179] RE: [External] ESJ Towers, Inc.

1



Dear Partner,

We received the reply from our Legal & Corporate Affairs department, regarding the past due invoices of the ID: 603169 Máre St. Clair Hotel and the property insolvency.
Unfortunately the hotel can be suspended from sales in our portals, according to the agreement signed with Expedia.
As soon as the bankruptcy process is resolved, the ID: 603169 Máre St. Clair Hotel can be reactivated.

Best Regards,
Marcelo Góes
Credit Control Collector
Expedia® Lodging Partner Service
e:expediacollections@expedia.com

---

From: chernandez@atwholdings.com
Sent: 29 June 2022 12:11:43
To: "expediacollections@expedia.com" <expediacollections@expedia.com>;"gsuro@expediagroup.com" <gsuro@expediagroup.com>;"wschmeling@expediagroup.com" <wschmeling@expediagroup.com>;"Gerardo Rodriguez" <grodriguez@stclaircollection.com>
Subject: RE: RE: [#2612179] RE: [External] ESJ Towers, Inc.

Thanks

CONFIDENTIALITY NOTE : This communication
contains information belonging to the St Clair Collection entities, corporations, companies, business ventures, and their respective affiliates, subsidiaries, and assignees, which is confidential and/or legally privileged. The information is intended only
for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited.
If you have received this communication by error, please notify us immediately.

From: expediacollections@expedia.com <expediacollections@expedia.com>

Sent: Wednesday, June 29, 2022 11:03 AM
To: Cesar Hernández <chernandez@atwholdings.com>; gsuro@expediagroup.com; wschmeling@expediagroup.com; Gerardo Rodriguez <grodriguez@stclaircollection.com>
Subject: RE: RE: [#2612179] RE: [External] ESJ Towers, Inc.

Dear Partner,

Thanks for your reply.

This case along with the documentation, was sent to our Legal Department for verification.

In the meantime, while its being reviewed and we wait on our financial director feedback, as an exception, the ID: 603169 Máre St. Clair Hotel will be reactivated.

As soon as we receive any heads up, we'll let you know.

Best regards,

Marcelo Góes

Credit Control Collector

Expedia® Lodging Partner Service

expediacollections@expedia.com

---

From: chernandez@atwholdings.com

Sent: 29 June 2022 10:29:41

To: "expediacollections@expedia.com" <expediacollections@expedia.com>

Cc: gsuro@expediagroup.com;wschmeling@expediagroup.com;grodriguez@stclaircollection.com

Subject: RE: [#2612179] RE: [External] ESJ Towers, Inc.

Marcelo,

Thanks for your response, but this is not a matter of internal procedures, it is a matter of following the law as stated in our attorney's letter.

Again, a prompt response will be appreciated as we continue to lose revenues due to your actions.

3

Regards,

Cesar

CONFIDENTIALITY NOTE : This communication

contains information belonging to the St Clair Collection entities, corporations, companies, business ventures, and their respective affiliates, subsidiaries, and assignees, which is confidential and/or legally privileged. The information is intended only

for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited.

If you have received this communication by error, please notify us immediately.

From: expediacollections@expedia.com <expediacollections@expedia.com>

Sent: Wednesday, June 29, 2022 9:07 AM

To: Cesar Hernández <chernandez@atwholdings.com>

Cc: gsuro@expediagroup.com; wschmeling@expediagroup.com

Subject: [#2612179] RE: [External] ESJ Towers, Inc.

Dear Cesar,

Thanks for your message.

Unfortunately, Expedia has some internal procedures, that must be followed in order to have these invoices written off.

4

This case has been sent to our financial director for approval.

As soon as we receive a reply, we'll let you know.

Best Regards,

Marcelo Góes

Credit Control Collector

Expedia® Lodging Partner Service

e:expediacollections@expediagroup.com

---

From: chernandez@atwholdings.com

Sent: 28 June 2022 18:42:59

To: "expediacollections@expedia.com" <expediacollections@expedia.com>;"gsuro@expediagroup.com" <gsuro@expediagroup.com>

Subject: [External] ESJ Towers, Inc.

Greetings

5

Please see document attached.

Cordially,

Charles A. Cuprill

356 Fortaleza Street

Second Floor

San Juan, PR 00901

Tel:787-977-0515

Fax:787-977-0518

E-M:

cacuprill@cuprill.com

6