**Exhibit B**

**CHARLES A. CUPRILL, P.S.C.**
*Law Offices*

356 Calle Fortaleza
Segundo Piso
San Juan, PR 00901

Tels.: 787-977-0515
787-977-0516
Fax: 787-977-0518
E-mail: ccuprill@cuprill.com

Charles A. Cuprill-Hernández, Esq.- cacuprill@cuprill.com

**VIA E-MAIL:** gsuro@expediagroup.com ; expediacollections@expedia.com

June 28, 2022

Mr. Gerardo Suro
Mr. Marcelo Góes
Expidia, Inc.
1111 Expidia Group Way W.
Seattle, WA. 98119

Re: ESJ Towers, Inc.

Dear Messrs Suro and Góes:

    As you certainly must be aware of, on June 10, 2022, ESJ Towers, Inc. ("ESJ") filed a voluntary petition for relief under the provisions of Chapter 11 of the Bankruptcy Code and as of that date has been managing its affairs and operating its business as a debtor-in-possession, as provided for in Sections 1107 and 1108 of the Bankruptcy Code.

    Upon the filing by ESJ of its Chapter 11 petition, the automatic stay provisions of Section 362(a) of the Bankruptcy Code were triggered barring any action by a creditor directed to the collection of a debt originating prior to the filing of the Chapter 11 petition.

    The violation of the automatic stay of Section 362(a) is tantamount to a violation of an order of the Bankruptcy Court and punishable as contempt by the person or entity violating the same.

    We have been advised by management for ESJ that during this afternoon Mr. Suro called Mr. José Nieves regarding ESJ's pre-Chapter 11 debt to Expidia, the collection of which or any other action directed thereto, as result of the debt, is barred by Section 362(a) and not withstanding Expidia illegally discontinued its services to ESJ until the debt was paid.

    Please be advised that Expidia's actions in discontinuing its services to ESJ due to ESJ non-payment of the aforesaid debt and Mr. Suro's in demanding its payment in order to restore Expidia's services are in clear violation of Section 362(a) of the Bankruptcy Code, exposing both Expidia and yourself to the contempt powers of the Bankruptcy Court, sanctions and damages.

    Therefore, we are hereby demanding that upon your receipt of this correspondence, Expidia services to ESJ be restored or otherwise we will be forced to proceed with the corresponding action before the Bankruptcy Court against you and Expidia.

    Expidia's claim against ESJ is to be processed in ESJ Chapter 11 proceedings pursuant to the provisions of the Bankruptcy Code and Rules.

Cordially,

Charles A. Cuprill Hernández

Cc. Cesar E. Hernández, Esq., CPA