**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

**Exhibit C**

IN RE:

**ESJ TOWERS, INC. d/b/a**
**MARE ST. CLAIR HOTEL**

    **Debtor**

**CASE NO. 22-01676**

**CHAPTER 11**

### ORDER TO SHOW CAUSE

The Court has considered Debtor's emergency motion for an order to show cause directed to Expedia, Inc., for Expedia, Inc. to show cause for its violation of 11 U.S.C. § 362(a)(1) and (6) by suspending Debtor's hotel sales through Expedia, Inc.'s sales portal, due to Debtor's pre-petition debt thereto, and good cause appearing therefor, it is hereby ordered that Expedia, Inc. shall appear before this Court on August ___, 2022, at _____, to show cause as to why it should not be found in contempt of Court for such violation, directed to restore Debtor's hotel sales through its portal, and as to why sanctions, damages and attorney's fees should not be imposed thereon. The hearing shall be held by Microsoft Teams.

Service of Debtor's motion and of this order shall be effected personally on Mr. Marcelo Góes and to his e-mail of expediacollections@expedia.com.

All parties that wish to appear at the hearing must familiarize themselves and follow the Procedures for Remote Appearance, found in the language of our website at https://www.prp.uscourts.gov/

IT IS SO ORDERED

San Juan, Puerto Rico, this ___day of August 2022

                                                                                                                 Enrique S. Lamoutte
                                                         United States Bankruptcy Judge