# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>ESJ TOWERS, INC.<br><br>Debtor. | CASE NO. 22-01676 (ESL)<br><br>CHAPTER 11 |

## NOTICE OF APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE
## BY UNITED STATES TRUSTEE

Mary Ida Townson, United States Trustee for Region 21, by and through her undersigned counsel, hereby states that the following creditors of the Debtor who hold unsecured claims are hereby APPOINTED to the Committee of the Unsecured Creditors:

1.  Homeowners Association of ESJ Towers  (787) 529-5539
    Chana Cohen, President, Board of Directors
    P.O. Box 79878  (754) 755-5508 (external counsel)
    Carolina, PR 00984
    rentwithchana@yahoo.com
    m@diazmayorallaw.com (External counsel
    Monique Díaz Mayoral)

2.  LUMA Energy, LLC  (787) 521-2603
    Lisa M. Jiménez Colón, Revenue Protection Supervisor  (787) 945-9107 (external counsel)
    P.O. Box 364267
    San Juan, PR 00936
    lisa.jimenezcolon@lumapr.com
    ivan.garau@us.dlapiper.com (External counsel
    Iván Garau, DLA Piper)

3.  Maria Sandra Roldos, Deeded Timeshare Owner  (212) 695-2429
    321 West 24th St. #3A  (917) 420-0011
    New York, NY 10011
    cqtt@aol.com

4.  Steven Vega, Vacation Club Member  (212) 942-8645
    140 Donizetti Pl #13G
    Bronx, NY 10475
    steven_vega@live.com

5. Florence Paley-Cohen,[1] Deeded Timeshare Owner    (847) 894-8934
   580 Cobblestone Lane
   Buffalo Grove, IL 60089
   Steven.cohen@aol.com

Each member of the Committee separately indicated its willingness to serve on the committee and accepted appointment.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing notice has been served electronically to the Committee members listed above and the following:

Electronic Mail: Charles Cuprill, Esq., Debtor's Counsel.

**DATED: September 12, 2022**

MARY IDA TOWNSON
United States Trustee for Region 21

MONSITA LECAROZ ARRIBAS
Assistant United States Trustee

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444
Fax: (787) 729-7449

(Electronically Filed)

By: s/ Julio Guzmán-Carcache
Julio Guzmán-Carcache
Trial Attorney
USDC-PR No. 230104
Julio.Guzman@usdoj.gov

---

[1] Has indicated that she will provide a proxy to her husband, Steven Cohen.