IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:

ESJ TOWERS INC

Debtor

CASE NO. 22-01676-ESL11

Chapter 11

FILED & ENTERED ON MAY/15/2024

ORDER

The motion filed by the Committee of Unsecured Creditors for ESJ Towers, Inc. supplementing its position to Debtor's request to dismiss the Committee (docket #1795) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15 day of May, 2024.

Enrique S. Lamoutte
United States Bankruptcy Judge